**FILED**
AUG 19 2008
Clerk, U.S. District and
Bankruptcy Courts

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMED ABDULMALIK, et al.** | ) |
| *Petitioners/Plaintiffs,* | ) |
| v. | ) Case: 1:08-cv-01440 |
| **ROBERT M. GATES,** | ) Assigned To : Kollar-Kotelly, Colleen |
| | ) Assign. Date : 8/19/2008 |
| *Respondent/Defendant.* | ) Description: Habeas Corpus/2255 |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner Mohamed Abdulmalik, by and through his next friend Salim Juma Khamisi, hereby moves for an order waiving the filing fee and for leave to proceed *in forma pauperis* in the accompanying habeas corpus petition. Because of his poverty, Mr. Abdulmalik is unable to pay the costs of this proceeding or give security therefor. Due to his incarceration at the United States Naval Station at Guantánamo Bay, Cuba, completion of an *in forma pauperis* affidavit is not practicable in this case. Counsel's sworn declaration attesting to Mr. Abdulmalik's indigency is attached hereto.

For the reasons set forth above, the Court should grant Mr. Abdulmalik's motion.

Dated: August 11, 2008

Respectfully submitted,

Zachary Katznelson
California Bar Number 209489
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

*Counsel for Petitioners/Plaintiffs*

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **MOHAMED ABDULMALIK, et al.** ) | |
| ) | |
| *Petitioners/Plaintiffs,* ) | |
| ) | |
| v. ) | Civ. No. 08-_____ |
| ) | |
| **ROBERT M. GATES,** ) | |
| ) | |
| *Respondent/Defendant.* ) | |
| _____ ) | |

Declaration of Zachary Katznelson

1. My name is Zachary Katznelson. I am a member of the Bar of the State of California, Bar Number 209489. I am Legal Director of Reprieve, a non-profit based in the United Kingdom.

2. I represent Petitioner Mohamed Abdulmalik in the accompanying habeas petition. My representation is entirely *pro bono*, as my client is indigent.

3. Petitioner Mohamed Abdulmalik is a prisoner (ISN 10025) at the United States Naval Station at Guantánamo Bay, Cuba. He has been imprisoned by the United States since at least March 2007.

4. Mr. Abdulmalik is a citizen of Kenya. His family does not have the assets to pay for this proceeding.

5. Mr. Abdulmalik has had no income during the period of his incarceration. He has had virtually no contact with the outside world. Even if he had assets outside the prison to pay for this proceeding, which he does not, he has no practicable way to access them.

6.  I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Executed on August 11, 2008 in London, England.

_____
ZACHARY KATZNELSON

## CERTIFICATE OF SERVICE

     I, Zachary Katznelson, hereby certify that a true and correct copy of the foregoing instrument has been served upon the following persons in the manner indicated below:

George W. Bush (certified mail, return receipt requested)
President of the United States
The White House
1600 Pennsylvania Ave., N.W.
Washington, D.C. 20500

Robert M. Gates (certified mail, return receipt requested)
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Navy Rear Adm. David M. Thomas Jr.  (certified mail, return receipt requested)
Commander, Joint Task Force - GTMO
JTF-GTMO
APO AE 09360

Army Col. Bruce Vargo (certified mail, return receipt requested)
Commander, Joint Detention Operations Group - JTF-GTMO,
JTF-GTMO
APO AE 09360

Terry Henry (e-mail: terry.henry@usdoj.gov)
Senior Trial Attorney
Federal Programs Branch
Civil Division – Room 7144
Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Andrew Warden (e-mail: andrew.warden@usdoj.gov)
Trial Attorney
Federal Programs Branch
Civil Division – Room 7144
Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Dated: August 15, 2008

Zachary Katznelson