**APPROVED FOR PUBLIC FILING BY CSO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MOHAMMED ABDULMALIK, et al.,** | ) | |
| | ) | |
| ***Petitioners/Plaintiffs*****,** | ) | |
| | ) | **Civ. No. 08-1440 (CKK)** |
| **v.** | ) | |
| | ) | **Misc. No. 08-442 (TFH)** |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| ***Respondents/Defendants*****.** | ) | |
| | ) | |

**NOTICE OF PETITIONER'S SIGNED AUTHORIZATION**

Counsel for Petitioner Mohammed Abdulmalik hereby notify the Court that today, May 6, 2009, counsel filed from the Secure Facility Petitioner's Motion to Compel [compliance with I.D.1 of the CMO] and Motion for Discovery [under CMO I.E.2].

Dated: May 6, 2009

Respectfully submitted,

Clive Stafford Smith (LA Bar No. 14444)
Zachary Katznelson (CA Bar No. 209489)
Cori Crider (Member NY Bar)
Ahmed Ghappour (CA Bar No. 255723)

REPRIEVE
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
zachary@reprieve.org.uk
cori@reprieve.org.uk
ahmed@reprieve.org.uk

*Counsel for Petitioner Abdulmali*