███████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>Respondents. | Civil Action No. 08-1440 (CKK) |

███████

███████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

████████████████

## Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No:██████████

Alias: None

Captive Tag #: ████████

Interrogator:

Date/Time: 010350ZMAR07

Language Used: English

Interpreter: None

Maps Used: None

<u>Part I</u>: Capture Information████████

1. Date/Time: 28FEB07

████████████████████████

<u>Part II</u>: ████ Administrative ████

A. ████ <u>Personal Particulars of Detainee</u>

1. Full Name: Abdul Malik
2. Nationality: Kenyan
3. Languages and Proficiency: Swahili, Arabic, Somali, English
4. ████████████████████
5. Sex: Male

III/1,2,4
380-14

1

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

██████████████

6. Marital Status: Married
7. Religion: Muslim
8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children: Two
12. Father's Name: ████████████████
13. Tribe/Subtribe: ████████████
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ██ Features

1. Current Eye Color: Brown
2. Current Hair Color: Black
3. Current Height: 67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None

Part III: ██ Information Obtained: ██

**Summary:**

The detainee stated that the last three times he saw ████ in Mombasa in 2002 were at the following locations:
1) near the Light House public walk area (on Mama Ngina Drive)
2) Sakina Mosque
3) Makupa near Kenya Armed Forces Club, ████ was staying with ████████ a Somali named ████████ and an individual named ████████

The detainee stated that the following Somalis are involved in military training:
████ This individual worked security/immigration at the airport. ████ taught the detainee Somali and used the telephone number ████████

████████ This individual died while fighting two months ago in Dansor.

The detainee stated that the following individuals are other trainers:

████████████

III/1,2,4
380-14

2



Detainee stated he received training, in the 1990s, in pistol, AK-47, grenades and document forgery. One of his trainers was ███████████████ an Ogaden.

The detainee stated that the following Somalis are involved with ████ Airport and Ports security program.

Detainee claimed to be leaving for Mombasa on the day of capture to visit █████

The detainee stated that he would receive money from his wife who sold clothes. The detainee's wife has two sisters ████ in Dubai and ████ in Saudi.

The detainee stated that he recognized the name ██████████████████ as the cousin of ███████████ The detainee stated that ████ died when he detonated a grenade to facilitate ████ capture. The detainee stated that he did not know any of ██████ brothers. These people are associated with ██████████ and an individual from Sakina Mosque named ████████████████

The detainee stated that the following foreigners in Somalia close to ████

████████ A British subject of mixed Somali/Ethiopian ethnicity. ██ is 35, tall, medium build, brown skin, beard. He was in Mogadishu in 2006 and seemed to be a person of influence within the ICU. He carried a pistol and was involved with security. He returned to Europe before the fighting started with the TFG. He had previously fought in the Ethiopian Ogaden conflict.
██ British Arab, 25, medium ht, skinny, no glasses, slight mustache, black hair
██ White Arab (ethnic Tunisian) 26, tall, medium build, brown hair, long chin beard, did not know much Arabic.
████████ This was a variation of the name ████ around 25-27, short, small build, dark hair, dark skin (like an Indian/Pakistani).
██████ American, 35 tall, skinny, white skin, brown hair, blue eyes, spoke only a little Arabic, traveled back and forth from Kismayo and Mogadishu, married to a mixed Arab/Somali woman.

III/1,2,4
380-14
3

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009



████ Ethnic Ethiopian from the U.K.  25, tall, medium, beard spent time in Mogadishu in 2005.

████████ Ethnic Ethiopian from the U.K., medium height and build (stocky), light skin, Arab looking.  In April 2006, this individual returned to London.
████ 27, tall, skinny, beard, stayed together with ████. This individual was killed during fighting between the warlords and the ICU.

████ A British Arab who came after the ICU took over.  25-30 years old, short, stocky build, black skinned.  He came with ████ during ████ original trip.

The detainee stated that tension between ████████ revolved around ████ status as Emir.  The detainee stated that he did not believe that the two men had differences in priority of focus (Somalia defense verses East Africa attacks).  They did differ over which areas in Somalia their efforts should focus.  The detainee stated that he heard while he was in Kismayo that ████ had died during fighting in Somalia.

The detainee stated that ████ told him that he was writing a book and that the police captured this book.  The detainee stated that he was not familiar with Tibyan pubs.

The detainee stated that he is a believer and practitioner of reading the Quran to heal the sick.  The detainee stated that he would read Quranic readings to mentally sick people to help control the jinn (spirits) and that this could serve as a remedy for a specific kind of epilepsy.

Detainee stated that ████ had many problems with his mother.  The mother disagreed with how ████ was living his life (NFI).  The detainee stated that ████ felt obligate to help the detainee because detainee counseled ████ on the problems with his mother and provided faith healing to one of his friends who suffered from epilepsy for 10 years.  This was Detainee's explanation for why ████ was helping Detainee with money, an MP3 player and a phone.  The name ████ was used by ████████ when sending money to Detainee via Hawala.

The detainee stated that when ████████████ group was planning on fleeing the ENDF push, they had to quickly come up with a destination plan.  The detainee stated that ████ who used the name ████ while in Mogadishu) spoke with ████ (also named ████ a Swahili from Nairobi) about traveling to Tanzania ████████. The group decided to travel only to Ras Kiamboni.  As events worsened for the ICU, they knew they would have to flee Somalia all together.

The detainee stated that ████████ was not part of any group.  He was a young man from the hotel who the detainee (ID card-less) pleaded with for assistance from in helping to collect money from a Halawa.  The Detainee gave ████ 2000 Ksh.

4



Detainee was emphatic in explaining that he never spent any time in Malindi. When confronted with the fact that ▮▮▮▮▮▮▮ was the source of this information, the detainee stated that he thought that ▮▮▮ was only saying it because it might benefit him in some way. The detainee stated that he knew that ▮▮▮ stayed in Lamu area and married a girl from Siyu and that they divorced when there was a problem with her family.

The detainee stated that he did not communicate with ▮▮▮ wife, ▮▮▮ during her time in Pakistan. Detainee provided vague details about a Somali in Pakistan who facilitated travel/communications.

The detainee stated that ▮▮▮▮▮▮ features have changed from when the detainee first met him in the 90s. The detainee stated that today ▮▮▮ skin is much lighter and he has a diagonal scar over the middle of his top.

**Part IV: Remarks:**

A. Assessment of Detainee:

B. Approaches Used/Recommendations:

C. Recommendations for Further Interrogation:

D. Interrogator Comment:

III/1,2,4
380-14

████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

████████████

████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

████████████████

## Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ:  **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ████████████

Alias: None

Captive Tag #: ████████

Interrogator:

Date/Time:  012330ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

Part I:  Capture Information ████████

1.  Date/Time:  28FEB07
2.  Place/OBJ:  Transfer from Kenya
3.  Circumstances of Capture: Transfer from Kenya
4.  Documents Captured:  None
5.  Equipment Captured:  None
6.  Weapons Captured:  None


Part II: ██  Administrative ████████

A. ██  Personal Particulars of Detainee

1.  Full Name: Abdul Malik
2.  Nationality: Kenyan
3.  Languages and Proficiency: Swahili, Arabic, Somali, English
4.  Date / Place of birth: 1973 / Busia, Uganda
5.  Sex:  Male

████████████████

III/1,2,4
380-14
1

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

███████████████

6. Marital Status: Married
7. Religion: Muslim
8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children: Two
12. Father's Name: ████████████████
13. Tribe/Subtribe: ██████████
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ██ Features

1. Current Eye Color: Brown
2. Current Hair Color: Black
3. Current Height: 67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None

**WARNING:** ██ **THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.**

████████████████████

Part III: ██ Information Obtained: ████

## Summary:

Early Life

The detainee stated that he was born in Busia, Kenya. When he was 2 years old his
family moved to Kisumu, Kenya where he lived till he was 10 years old. At that age, his
mother ██████ himself, his sister ██████ and his brother ██████ moved to Mombasa,
Kenya. The detainee stated that after finishing Tudor Primary school at age 14, he
attended madrassa, Naja in Majengo area of Mombasa. ████████████ a Swahili from
Mombasa, ran the madrassa.

The detainee stated that in 1991/1992 he worked for Mombasa Coffee Company as a
laborer. During this time, the detainee attended ████ Mosque, ████ Mosque and
████████ at Sakina and Quba. The detainee stated that he became friends with ████

III/1,2,4
380-14

2

████████████████

In 1993, the detainee stated he tried to run a banana business but it failed after a year. He returned to his job at the coffee company. He attended the ████████Mosque in those days.

The detainee stated that in 1995 he got a job at the port in Mombasa counting and stacking sacks.

1996 Travel to Somalia

The detainee stated that during 1995 he mostly attended the ████████ Mosque and ████ ████████ The detainee stated that "The Islamic Party of Kenya" had raised the issue of Muslims being oppressed by the Government of Kenya. The detainee stated that two brothers at ████████ Sheik████ and Sheik████ professed this message. ████ advocated for Kenyan Muslim males to go to training in Somalia. The detainee's friends from the mosque at this time were ████████ who lived at the ████████ Mosque compound, ████████ a white Arab who stayed at ████████ and ████ a Swahili from Mombasa. There were also a lot of boys from Old Town who attended these sessions at the mosque, including ████████ a Banjuni Arab.

The detainee stated that as the Kenyan General Service Unit Police continued to oppress the Muslims, ████████ convinced the detainee and three others to attend military training in Somalia. The detainee stated that traveling with him for training was ████████(from Old Town), ████(from Kwale, Likoni) and ████ (ethnic Somali-Ogaden from Garissa). The detainee stated that he, ████████ and ████ took a bus to Lamu where they were met by ████████████████ knew about this area as he knew Ras Kiamboni, Somalia. Arriving to Ras Kiamboni by boat, the group traveled inland, near a forest.

The detainee stated that the instructors at the training camp included ████████ ████████████████ The detainee stated that all of the instructors taught Quran studies, AK-47, pistol and grenade. The detainee stated that many ethnic Somalis from the Ogaden attended the camp as well as Swahili speaking ethnic Somalis from Garissa.

The detainee stated that after three months of training, food was cut off because of rain washing out the roads. The training was cancelled and the camp dismantled. ████and ████████ returned to Kenya and the detainee decided to stay in Somalia

Adrift in Somalia

The detainee stated that after the training camp, he stayed in the Ras Kiamboni area. The detainee stated that he made a living as a fishing day laborer and worked for a man named ████ whom he met at the camp.

The detainee stated that at the end of 1996/beginning of 1997, he traveled to Kismayo to work for a 40 year old Swahili speaking Banjuni named ████████ The detainee stated that this job took him back and forth from Ras Kiamboni to Kismayo and Mdoa.

III/1,2,4
380-14

████████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

The detainee stated that later in 1997, he decided to travel to Mogadishu and look for work and money. The detainee stated that he got a job as a waiter in a hotel in the Bakaro section of central Mogadidhu. The owner of the hotel was ███████████

The detainee stated that after making too little money, he left Mogadishu for Boosaaso in order to find work. The detainee stated that he got a job knocking rust off of ships and painting them. The detainee stated that he struck up a friendship with a hashish smoking Swahili from Zanzibar named ███████

The detainee stated that in 1998, he was trying to enter Yemen and Saudi Arabia as stow away. The detainee stated that he and the others were caught and turned away. The detainee stated that he returned to working on the ship rust removal in Boosaaso.

The detainee stated that at the end of 1999, he returned to Mogadishu in the same area as his old hotel job. He met a Banjuni lobster diver and worked for him for 4 months.

The detainee stated that in 2000, he returned to the Majengo area of Kismayo where he sought out ████████ for work but there was none. The detainee stated that he traveled to the Burgow section of Ras Kiamboni and got hired as a net fisherman on the boat of a Banjuni named ███████████

Meeting East Africa Al Qaida members

The detainee stated that while in Ras Kiamboni, he came to know a boat owner named ███████████████████████████ The detainee stated that ██████ had a friend named ████████ and that ████████ had just come from military training in Somalia. The detainee stated that ██ had a business where he filled air cylinders (diving tanks). The detainee stated that ██ grew the business by hiring ██████████ to dive for lobsters and have the detainee find customers. After one week, ███████ went to Mogadishu in order to export the lobsters. The detainee stated that after several months, the business flourished and they owned tools and a compressor stored in a mud built hut. The detainee stated a fall out with a Somali business partner, ████████ caused the friends to leave Burgow in August, 2001.

The detainee stated that ███████████████ and the detainee moved to Gedja'el section of Mogadishu and stayed at a friend of ██████ a 30 year old Somali named ██████ The detainee stated that ██████ wife was called ██████ and they had a one year old daughter named ██████ The detainee stated that ██████ received visits there from ████████████████ The detainee stated that at the time, he believed that there must have been some business between ██████████████ as ██████ visited ████████ twice a week.

The detainee stated around this time, a Somali man brought ██████ (with her two children ████████████ to live at ██████ house. The detainee stated that ███████

III/1,2,4
380-14

4

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009



received many visits from a woman named ▓▓▓▓▓ was between 40 and 45 years old, divorced and not religious in her dress. The detainee stated that ▓▓ lived near Barakat. She had a 20 year old daughter named ▓▓ Her son was in Egypt where he was waiting for another of ▓▓▓ daughters to join him so the two could go to Europe.

The detainee stated that during this time ▓▓▓ abruptly returned home to Mombasa, saying he was to get married. The detainee stated that sometime before the 9/11 attack, ▓▓▓▓▓▓ brought ▓▓ by the ▓▓ house. The detainee stated that ▓▓ spent most of his time with his computer or reading his books and Quran. The detainee stated that he sensed that he was a Jihadi, because of his talk and the way that he spent his time jumping rope and playing with his pistol. The detainee stated that after the 9/11 attack, ▓▓ stated that he was supportive, as America gives Muslims problems.

The detainee stated that five months later, ▓▓▓ who hated Mogadishu, left with her children for Pakistan.

The detainee stated that ▓▓▓▓ returned to Mogadishu. The detainee stated that since he did not get married, he suspected later that this was a ruse and the real purpose of the trip was operational. (NFI) The detainee stated that the group visited ▓▓▓▓ house on four or five occasions. The detainee stated that ▓▓▓ had a Somali wife and lived with a 30 year old Somali brother named ▓▓▓▓▓▓▓ The detainee stated that there was also an Egyptian brother staying with Sudani, along with ▓▓▓▓ The detainee stated that he thought that ▓▓▓▓▓▓ knew each other very well.


2002 Attack

The detainee stated that after several months, ▓▓▓▓ ▓▓ left Mogadishu to meet ▓▓▓▓ in Mombasa. The detainee stated that ▓ stayed in Mogadishu. The detainee stated that he was directed to go help out ▓▓ who was in Kismayo. The detainee stated that he met ▓▓ at the large compound being occupied by a Somali jihadi friend named ▓▓ This compound was formerly occupied by well off Arabs who abandoned it after the collapse of the Somali government in 1991. The detainee stated that he found ▓▓▓ loading a reddish powder into large, dried sharks and sealing them. All of these sharks were loaded into a Cantor mini-truck and brought to the port of Kismayo. The sharks were put into a boat captained by a Banjuni and a two Somali crew. The detainee stated that the boat took the sharks, himself, ▓▓▓ the crew a women passenger and two male passengers two Ras Kiamboni. The detainee stated that the two male passengers got out in Kiamboni and the rest sailed on to Lamu. The detainee stated that the whole journey took two days and they arrived in Lamu in the early morning. The detainee stated that they were met by ▓▓▓ The detainee stated that because he did not have documents, he left the port with ▓▓▓ and the two of the got on a bus. The detainee

III/1,2,4
380-14



DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

██████████████

stated that he slept on the bus and that when the bus stopped at Malindi, the two got off to eat at a hotel. The detainee stated that when he got back on the bus, he found that his bag had been stolen.

The detainee stated that the bus arrived in Bondemi, Mombasa. The detainee stated that the two took a matatu (transport taxi) to the safe house in Tudor. The detainee stated that at the safe house were ████████████████████████████████████████ and after two days ████████ The detainee stated that this group stayed there for two months.

The detainee stated that ██████ would read his Quran and watch television and ██████ and ████████████████████████ would spend every other day conducting surveillance runs at the airport (for weeks). The detainee stated that ██████ would practice driving and ████████████ ██████ would procure supplies at Nakumat market and probably conducted surveillance.

The detainee stated that two weeks before the attack operation ████████████████ and ██████ went to Nairobi. The detainee stated that they drove a white Toyota Corolla. The detainee stated that he learned that they conducted airport surveillance there, as he heard the two of them brief that the Nairobi airport plan would be unfeasible. The detainee stated that ████████ participated in this discussion. ████████████████████ The detainee stated that four days before the operation, ████████████████ made a final operation run.

The detainee stated that two days before the operation, ████████ went to Lamu with ████████████████ to arrange the group's ████████████████████ egress into Somalia. The detainee stated that two days before the attack ████████ (suicide driver) came with apples and was greeted by the group and that ██████ left. The detainee stated that the night before the attack, he slept at the safe house. The detainee stated that he had seen him before at the ████████ Mosque.

The detainee stated that ██████ left during in the morning on the day before the attack. He told all that he was going to Ethiopia and said that he planned to bus to Nairobi, travel to Garissa, Mandera and cross into Ethiopia. The detainee stated that when he was driven to the bus station, he said that 'here is good enough' before his car arrived at the station. The detainee stated that he later realized that this was a ruse so that others would think he was in Ethiopia and that ██████ was taken to Siyu by ████████ and married a local girl.

The detainee stated that the night before the attack, ██████ came up to him and asked him to pray on his behalf. The detainee stated that he knew that ██████ would be conducting the suicide operation.

The detainee stated that he was originally given a camera and told to film the attack but the camera was not operable. The detainee stated that he, █████████████████ drove to Gonvu near the Mombasa airport. The detainee stated that they saw some police and feared they would be disrupted. The detainee stated that they put on masks and as the plane passed by, they shot at its rear jet exhaust then jumped in the car, with ████████

██████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

████████████████

driving. The detainee stated that they drove two hours straight to Malindi and abandoned the vehicle. They then got on a bus that took them to Lamu. The detainee stated that ████████ was waiting for them there (on the Lamu Island ferry). The detainee stated that they spent the night at a rented house and the next morning the group ████ detainee, ████████ got on a motor boat (a fish boat with freezer). The detainee stated that ████████ knew the captain and they sailed to Kizikitini arriving at 2:00pm. The detainee stated they stayed there till early AM. From there the detainee stated that they went to Mdoa and then transferred onto a Dhow and sailed to Kismayo. At Kismayo, they took a plane to Mogadishu. When ████████ the detainee, ████████ ████████ arrived in Mogadishu they met ████████

### Somalia: Post Attack

The detainee stated that they stayed at ████ house and that ████ was angry because the missile attack failed. The detainee stated that ████ did not like hearing this from ████ and there was a lot of tensions in the house as ████ insisted no one leave the house. The detainee stated that ████ wanted to go and see his wife, but ████ refused him. The detainee stated that ████ was very controlling and ████ was very mad at ████ as he did not come back to Mogadishu.

The detainee stated that after one month, ████████ returned to Mombasa for his real wedding and after six months, ████████ left for Ras Kiamboni. The detainee stated that he stayed at ████ house for seven months after the November 2002 attack.

The detainee state he met a Somali named ████████ who had visited ████ moved in with him. The detainee stated that during all of his time living with ████ he was paid a salary of $50 dollars a month and after he moved out, he was given $100 for a few months.

The detainee stated that an Ogaden Somali named ████ came to visit ████ seeking training for a group of Ogaden fighters. The detainee stated that ████ wanted the Ogaden to be trained in Mogadishu (with ████████ but the group ended up going to Ras Kiamboni to be trained by ████████ in Ras Kiamboni. The detainee stated that Sheik ████████ was helping them run their training there.

The detainee stated that in 2003/2004 he met and married his wife, ████ The detainee stated that he was staying at the house of a jihad supporter named ████████ had previously lived in the U.K. The detainee stated that ████ made dresses and sold them in Dubai. The detainee stated that he would do Quranic healing readings for people. They also received money from European Somali brothers who came back to visit Somalia. The detainee stated that these were the type of Somalis and Ethiopians who came back for sharia and jihad. One such visitor (an Ethiopian) was a man named ████ who had epilepsy and the detainee did many Qurnaic readings for him. The detainee stated that ████ came with ████████

████████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

The detainee stated that in 2005, the Islamic Courts had started up and more of these sharia/jihadi visitors came. The detainee stated that ███ was known by the Somalis in U.K. and served as their contact upon arrival. The detainee stated that in 2006 ███ came with ████████████ The detainee stated that ███ stayed for three months and left. ███████ was trained on pistols and AK-47 and knew ███ and ███████

The detainee stated that when ████████ returned, he started to send money to the detainee as he was going to fund the detainee's bribe money and processing as a refugee, in order to leave Somalia. The detainee stated that ████ using the ██████████████ the Hawala sending of this money was coordinated. On one Dhabashil transaction, █████ used the name ████████████ and sent it to the detainee, using the name ███████ This was for $2000 in November, 2006. This money was for a 'mukhalis' or fixer who was going to set up the detainee's immigration.

Detainee Reunites with ████████

The detainee stated that in October, 2006 he saw ███ being driven by ████████ whom the detainee knew. The detainee stated that this was in the area of Beit Amin, where all of the sharia/jihad brothers would hang out. The detainee futher stated this was in Barkaouw, in central Mogadishu. The detainee stated stated that the next day, he sought out ███ and they met and shared greetings. The detainee stated those three days later, ███ was teaching a security program and had an ICU driver. The detainee stated that they discussed the capture of ████████ security, other members of the 2002 group, ███ deceit of Ethiopia travel, his marriage and divorce of the coastal woman.

The detainee stated that the next time he saw ███ was when ███ and his driver, ████████ came to the detainee's house for dinner. ███████ slept over, but ███ went home. The detainee stated that ███ only used ████████

The detainee stated that ███ would be seen at Beit Amin and Beit Ansar. The detainee stated that ███ was staying with ███ The detainee stated that in December, 2006 ████████ and some Somalis traveled to Kismayo in order to open a security office. The detainee stated that using ███ phone; ███ called him and asked him to pick up ████████ who was arriving in a week. The detainee stated that ████████ who the detainee met in September, and the detainee were going to collect ███ during her arrival. The detainee stated that ███ called back and told him that ███ arrival was delayed. The next week, ███ called the detainee and told him that ███ was coming the next day. The detainee stated that she had left Pakistan already, was in Dubai and should be there by 10:00am. In ████████ ICU car they went to collect her. The detainee stated that one of her bags was lost.

The detainee stated that they brought ███ back to the detainee's house where the detainee tried to call out to ███ group, but saw that they were out of cell phone signal range. The detainee stated that the very next day, (24 December) he was told by the

III/1,2,4
380-14

8

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

███████████████

brothers that the Ethiopian attack had killed many people in Kismayo. The detainee
stated that ██████ was dead and ██████ status was unknown. The detainee stated that
██████ had a terrible infection in her gum. The detainee stated that the next day, ██████
came back to Mogadishu and at 11:30am, ██████ came to the detainee's house. The
detainee stated that he had a two hour reunion with his family, when ██████ came by
and said that everyone had to flee.

███████████████

████████████████████████████

## Part IV: Remarks:

A.  Assessment of Detainee:

B.  Approaches Used/Recommendations:

C.  Recommendations for Further Interrogation:

D.  Interrogator Comment:

III/1,2,4
380-14

███████████████

███████████████

██████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

        Petitioner,

            v.

BARACK H. OBAMA, *et al.*,

        Respondents.

Civil Action No. 08-1440 (CKK)

██████████

██████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

████████████████

## Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ████████████

Alias: None

Captive Tag #: ████████

Interrogator:

Date/Time:  021450ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

<u>Part I</u>:  Capture Information ████████

1. Date/Time:  28FEB07
2. Place/OBJ:  Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured:  None
5. Equipment Captured:  None
6. Weapons Captured:  None


<u>Part II:</u> ████ <u>Administrative</u> ████████

A. ████ <u>Personal Particulars of Detainee</u>

1. Full Name: Abdul Malik
2. Nationality: Kenyan
3. Languages and Proficiency: Swahili, Arabic, Somali, English
4. Date / Place of birth: 1973 / Busia, Uganda
5. Sex:  Male

III/1,2,4
380-14

████████████████

1

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

████████████████

6. Marital Status: Married
7. Religion: Muslim
8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children: Two
12. Father's Name: ████████
13. Tribe/Subtribe: ████████ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ███ Features

1. Current Eye Color:  Brown
2. Current Hair Color: Black
3. Current Height:  67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None


**WARNING:** ███ THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.

███████████████████████

Part III: ███ Information Obtained: ████

## Summary:

The detainee stated that he was initially persuaded to attend jihad training in Ras Kiamboni, Somalia after coming under the influence of Mombasa-based radical Imam ████████ in the mid 1990s. The detainee stated he spent the next five years scratching out an itinerant existence on the Somali coast.  He eventually met up with ████████████████████ and joined them in a fishing business.  The detainee stated that these individuals soon fell into the ranks of ████████ network.  The detainee sated that although he (the detainee) did not have any exceptional skills, intelligence or leadership ability, he served to facilitate a number of low end tasks for this group.  The detainee stated that he was fully involved in 2002 attacks, living in the Mombasa safe house with ████████ and others.  The detainee stated that he fled with them after the attack and spent the next five years under the patronage of the ████████ influenced, Somali jihad elements.

III/1,2,4
380-14

████████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009



The detainee stated that the next time he saw ███ was in October 2007, upon ███ emergence as a leader in the Islamic Courts. The detainee stated that given ███ need to continually bring in willing supporters to conduct phone calls, e-mails, money movements etc., on his behalf and the detainee's need to find a patron, the two shared a symbiotic relationship. The detainee stated that he was soon involved with tasks like collecting ███ wife at the airport and conducting coordination on his behalf.

## Part IV: Remarks:

A. <u>Assessment of Detainee</u>:

B. <u>Approaches Used/Recommendations</u>:

C. <u>Recommendations for Further Interrogation</u>:

D. <u>Interrogator Comment</u>:

III/1,2,4
380-14

███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.                                          Civil Action No. 08-1440 (CKK)

BARACK H. OBAMA, *et al.*,

Respondents.

███████████

███████████

**Tactical Interrogation Report**

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No:

Alias: None

Captive Tag #:

Interrogator:

Date/Time: 031300ZMAR07

Language Used: English

Interpreter: None

Maps Used: None

<u>Part I</u>: Capture Information

1. Date/Time: 28FEB07
2. Place/OBJ: Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured: None
5. Equipment Captured: None
6. Weapons Captured: None

<u>Part II</u>: Administrative

A. Personal Particulars of Detainee

1. Full Name: Abdul Malik
2. Nationality: Kenyan
3. Languages and Proficiency: Swahili, Arabic, Somali, English
4. Date / Place of birth: 1973 / Busia, Uganda
5. Sex: Male

1

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

██████████████

6. Marital Status: Married
7. Religion: Muslim
8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children:  Two
12. Father's Name: █████████████
13. Tribe/Subtribe: ████████ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ████ Features

1. Current Eye Color:  Brown
2. Current Hair Color: Black
3. Current Height:  67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None


**WARNING:** ████ THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.
████████████████████


Part III: ████ Information Obtained: ████

**Summary:**

Detainee reported that ███████████ provided explosives training in 2006 at Ras
Kiamboni.

Detainee provided additional information regarding an individual earlier identified as
██████████ According to detainee, █████ trained in Bosnia as well as in Kismayo
with █████████ and other Europeans. Detainee reported that █████ was injured in
2006 fighting with Ethiopians, possibly a leg injury.

Detainee reported that he received $2000 from █████████ in October 2006. █████████
wired the money from Nairobi to Mogadishu. Detainee stated that the money was for
█████████ Detainee picked up the money and delivered it to █████ Detainee was paid
$100 for collecting and delivering the money. Detainee had no specific information
regarding what the money was used for.


████████████████

Part IV: Remarks:

A. Assessment of Detainee:

B. Approaches Used/Recommendations:

C. Recommendations for Further Interrogation:

D. Interrogator Comment:



███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK,<br><br>        Petitioner,<br><br>            v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>        Respondents. | Civil Action No. 08-1440 (CKK) |

███████████

███████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

███████████████

## Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ:  **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ███████████

Alias: None

Captive Tag #: ███████████

Interrogator:

Date/Time:  042200ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

<u>Part I</u>:  Capture Information ████████

1. Date/Time:  28FEB07
2. Place/OBJ:  Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured:  None
5. Equipment Captured:  None
6. Weapons Captured:  None

<u>Part II</u>: ██ <u>Administrative</u>████

A. ███ <u>Personal Particulars of Detainee</u>

1.  Full Name: Abdul Malik
2.  Nationality: Kenyan
3.  Languages and Proficiency: Swahili, Arabic, Somali, English
4.  Date / Place of birth: 1973 / Busia, Uganda
5.  Sex:  Male
6.  Marital Status: Married

████████████████

1

7. Religion: Muslim
8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children: Two
12. Father's Name: ███
13. Tribe/Subtribe: ███ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ██ Features

1. Current Eye Color: Brown
2. Current Hair Color: Black
3. Current Height: 67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None

**WARNING:** ██ **THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.**

Part III: ██ Information Obtained: ██

**Summary:**

The detainee stated that sometime between October 2006 and December 2006, ██ discussed opening a jihadist training camp in the Ogaden territory. ██ wanted to provide weapons/tactics and computer training. The conflict with the Ethiopians prevented ██ and his supporters from setting up the camp.

The detainee stated that the camp and other camps like it would be funded by Somali brothers who had refugee status in the U.K. and other parts of Europe.

Detainee was questioned again about proposed attacks in Kenya. Detainee stated that he knew of a group of Muslim brothers from Kenya who had come to Somalia and trained in Ras Kiamboni. They wanted to attack ATPU and other police in Nairobi because they were abusing Muslims. Detainee could not provide any names because he did not participate in their training, he only heard about it from others. Detainee stated that this training took place at the end of 2005 or the beginning of 2006. Detainee denied knowing any information about pending attacks in Kenya. Detainee maintains the story that the Ethiopian invasion drove him and ██ and their families out of

2

███████████████

Mogadishu. The circumstances did not allow for advanced planning of an operation in Kenya.

Detainee was questioned regarding his involvement in moving weapons or using his house to store weapons for AQ. Detainee stated that the night before Detainee left his house in Mogadishu, █████ instructed Detainee to assist ███████████████ and some ICU members in moving weapons from one house to another in Mogadishu so that they could access the weapons in order to defend against the Ethiopians. Detainee stated that they drove to a house in Mogadishu and loaded up AK-47's, ammunition, and RPGs into ICU member vehicles. The weapons and ammunition were then taken to a second house in Mogadishu and stored there. Detainee denied storing explosives or other weapons in his own house. Detainee stated that he kept an AK-47 and ammunition in his residence for protection, but did not store explosives or RPGs. Detainee stated that he had moved weapons from one cache to another in the past. Detainee stated that this is not an unusual occurrence in Mogadishu due to the lawlessness and danger created by gangs and warlords in the region.

Detainee stated that ICU paid for the weapons.

Detainee was asked to give his best estimation of the location of ███████████ Detainee stated that based on discussions the three had and the direction they were traveling, Ras Kambioni, Kolbiyow, and Doblai (phonetic) were likely destinations for ███████████ The areas are rural and will allow them to travel undetected. Detainee maintains that █████ kept information compartmentalized for security reasons and had not provided a final destination once the group fled Mogadishu.

Once Detainee arrived in Mombassa (after he was separated from █████████████ he attempted several phone calls to his wife, ███████ in the U.K., █████ in Dubai, and █████ in Mogadishu. Detainee maintains the story that he called to try and get information on everyone who was separated after fleeing Mogadishu.

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

Part IV: Remarks:

A. Assessment of Detainee:

B. Approaches Used/Recommendations:

C. Recommendations for Further Interrogation:

███████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

D. <u>Interrogator Comment</u>:



███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

      Petitioner,

      v.

BARACK H. OBAMA, *et al.*,

      Respondents.

Civil Action No. 08-1440 (CKK)

███████████

███████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

██████████████████████

## Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ██████████████

Alias: None

Captive Tag #: ████████████

Interrogator:

Date/Time:  051600ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

Part I:  Capture Information ████████

1.  Date/Time:  28FEB07
2.  Place/OBJ:  Transfer from Kenya
3.  Circumstances of Capture: Transfer from Kenya
4.  Documents Captured:  None
5.  Equipment Captured:  None
6.  Weapons Captured:  None

Part II:█   Administrative ████████

A.█     Personal Particulars of Detainee

1.  Full Name: Abdul Malik
2.  Nationality: Kenyan
3.  Languages and Proficiency: Swahili, Arabic, Somali, English
4.  Date / Place of birth: 1973 / Busia, Uganda
5.  Sex:  Male

████████████████████████

1

████████████████████

6. Marital Status: Married
7. Religion: Muslim
8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children:  Two
12. Father's Name: ████████████████
13. Tribe/Subtribe: ████████ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ████ Features

1. Current Eye Color:  Brown
2. Current Hair Color: Black
3. Current Height:  67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None

**WARNING:**  ████ **THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.**

████████████████████████

Part III: ████ Information Obtained: ████

**Summary:**

The detainee stated that in 2006 ████████ sent a message to senior AQ leadership in Pakistan complaining about ████████ leadership and management of the East African AQ cell.
████████████████████████████

Detainee believed that ████████ was in favor of having ████████████ named as the new emir for AQ in East Africa. ████████████████████

Detainee described the courier service that AQ leadership in Pakistan utilized to send messages to AQ in East Africa.  Ethnic Somali university students, who were studying in Islamabad, Pakistan would travel from Pakistan to Somalia and deliver messages from UBL and other senior AQ leaders in Pakistan.  Detainee did not know the names of the couriers and believed that they were instructed to use aliases anyway.  The detainee stated that these students spoke a variety of languages (English, German, and Arabic). ████████████████████

Detainee described counter surveillance and CQB instruction provided by ████████ in the fall of 2006.  Detainee and several of the U.K. jihadists (earlier identified as the London Boys) participated in the training.  Trainees participated in personal security training, and the use of digital cameras to photograph suspected surveillance teams.  The detainee stated that the CQB training was conducted in a large house (Beta Jin) in Mogadishu where many of the jihadists

████████████████████

were staying in late 2006.

The detainee stated that ▇▇▇▇▇▇ also taught a class in using Adobe Photoshop to falsify passports and other documents. The London Boys participated in this training but the detainee did not due to his limited understanding of computers. ▇▇▇▇▇▇▇▇▇▇

Detainee recalled ▇▇▇▇▇ as a poor leader in Mogadishu. Detainee stated that ▇▇▇▇▇ planned an operation in which a Somali brother was sent from Mogadishu to rob a bank in Ethiopia to secure funds for the East African AQ cell. The detainee stated that the operation was not a success (NFI).

The detainee stated, as was earlier reported, ▇▇▇▇▇▇ was interested in setting up jihadist training camps in the Ogaden Territory of Ethiopia. As Ethiopian forces were massing on the Somali border, ▇▇▇ discussed an operation to attack the Ethiopians before they entered Somalia. ▇▇▇ planned to use jihadists from Europe (Ethnic Ethiopians and Somalis who had trained in Somalia but were living in the U.K and other parts of Europe). The detainee stated that the invasion happened before the operation was out of the discussion phase.

The detainee stated that ▇▇▇▇ was the explosives expert. ▇▇▇▇▇ was trained in Afghanistan and constructed the device that was used in the 2002 hotel attack in Kikambala. The detainee stated that in 2006 ▇▇▇ had acquired an anti-tank weapon from the ICU in Mogadishu. ▇▇▇▇ called the weapon "Milano". ▇▇▇▇ read the manual and later took some of the brothers from the Beta Jin house out to the beach in Mogadishu to test fire it. Detainee did not participate in the test firing but remembers seeing the weapon and recalls it having a sophisticated guidance mechanism.

Part IV: Remarks:

A.  Assessment of Detainee:

B.  Approaches Used/Recommendations:

C.  Recommendations for Further Interrogation:

D.  Interrogator Comment:

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

███████████████

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

     Petitioner,

     v.                  Civil Action No. 08-1440 (CKK)

BARACK H. OBAMA, *et al.*,

     Respondents.

███████████████

███████████████████

## Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ██████████████

Alias: None

Captive Tag #: ████████████

Interrogator:

Date/Time:  052100ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

Part I:  Capture Information ████████

1. Date/Time:  28FEB07
2. Place/OBJ:  Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured:  None
5. Equipment Captured:  None
6. Weapons Captured:  None


Part II: █ Administrative █████

A. █ Personal Particulars of Detainee

1.  Full Name: Abdul Malik
2.  Nationality: Kenyan
3.  Languages and Proficiency: Swahili, Arabic, Somali, English
4.  Date / Place of birth: ████████████████
5.  Sex:  Male

███████████████████                                      1

██████████████

6. Marital Status: Married
7. Religion: Muslim
8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children:  Two
12. Father's Name: ████████████
13. Tribe/Subtribe: ████
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ██ Features

1. Current Eye Color:  Brown
2. Current Hair Color: Black
3. Current Height:  67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None


**WARNING:** ██ THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.

██████████████

Part III: ██ Information Obtained ██

**Summary:**



██████████████                                                    2

████████████████████████

████████████████████████████████████████████ Detainee stated
that he had not met this individual personally but he knew to call him to ask for money.

When questioned about the current location of ████████████ detainee stated that he does
not know their whereabouts. Detainee stated that he left them in the forest near Kiunga.
Detainee stated that there isn't any cell phone coverage in this area. Detainee was asked where
the closest cell coverage area was in relation to their last known location. Detainee stated that
Kisamyu or Doblai (phonetic) would be the closest.


## Part IV: Remarks:

A. Assessment of Detainee:

B. Approaches Used/Recommendations:

C. Recommendations for Further Interrogation:

D. Interrogator Comment:



████████████████████████

███████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK, | |
| Petitioner, | |
| v. | Civil Action No. 08-1440 (CKK) |
| BARACK H. OBAMA, *et al.*, | |
| Respondents. | |

███████████████

███████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

███████████████████

**Tactical Interrogation Report**

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ███████████

Alias: None

Captive Tag #: ██████████

Interrogator:

Date/Time: 062000ZMAR07

Language Used: English

Interpreter: None

Maps Used: None

<u>Part I</u>: Capture Information ██████████

1. Date/Time: 28FEB07
2. Place/OBJ: Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured: None
5. Equipment Captured: None
6. Weapons Captured: None

<u>Part II</u>:███<u>Administrative</u>██████

A.███<u>Personal Particulars of Detainee</u>

1. Full Name: Abdul Malik
2. Nationality: Kenyan
3. Languages and Proficiency: Swahili, Arabic, Somali, English
4. Date / Place of birth: 1973 / Busia, Uganda
5. Sex: Male
6. Marital Status: Married

███████████████████



DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

7. Religion: Muslim
8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children: Two
12. Father's Name: ███████████
13. Tribe/Subtribe: ███████ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ███ Features

1. Current Eye Color:  Brown
2. Current Hair Color: Black
3. Current Height:  67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None

**WARNING:** ███ **THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.**
████████████████████████████████

Part III: ███ Information Obtained: ███

**Summary:**

- **Contacts in the UK**
- **Information related to jihadists from the US**

████████████████████████████████

According to detainee, ███ is an ethnic Somali who has refugee status in the U.K. Detainee met ███ in Mogadishu in 2006. ███ was a supporter of the ICU in Mogadishu. ███ is in his mid 30's in age, 5'8" to 5'10", thin to medium build, he has a small beard and has a dark complexion typical of Somalis. ███ trained in Somalia in jihadist camps and fought in the Ogaden conflict. ███ returned to the U.K. in June 2006 (approx). ███ is responsible for recruiting the "London Boys". Detainee believes that the London Boys must have all attended the same Masjid as ███ since ███ was able to recruit such a large group with similar interests and skills.

Detainee was asked to give additional information about the London Boys cell (Much of this information was collected previously).

████████████████████████████████

2



1. ███████ - Ethnic Somali, refugee status in the U.K., 5'8"-5'10", thin build, trained at camps in Somalia, killed in early 2006 fighting warlords in Mogadishu.

2. ███████ From U.K., dark skin like a Pakistani or Indian, short in stature, small build, met detainee in Mogadishu in July 2006, trained under ███ in CQB, computers, and personal security/counter surveillance at the ███ house in Mogadishu. Detainee believes that ███ works with computers in the U.K. Detainee stated that he was shown a photograph by Kenyan police indicating that ███ was captured. Detainee last saw ███ near Kismayo in December 2006.

3. ███████ An Ethiopian convert to Islam from the U.K. Trained at ███████ with the other London Boys in Mogadishu 2006. ███████ was killed by Ethiopian forces in December 2006.

4. ███████ - Ethiopian with refugee status in the U.K. Light skinned, 5'8"-5'10", thin to medium build. Trained at camps in Somalia and returned to the U.K. in 2005 or early 2006.

5. ███████ - Somali with refugee status in the U.K. Mid 20's in age, 5'8 in height, thin build, small beard. Trained under ███ at the ███████ house in 2006. Detainee does not believe that ███ returned to the U.K. He was last seen by detainee near Dhooble in December 2006.

6. ███████ Ethnic Somali with refugee status in the U.K. Early 20's in age, over 6' in height, thin build. Trained at the ███████ house in Mogadishu under ███ in 2006. Returned to the U.K. Later captured and released back in the U.K.

7. ███████ - A British Arab from the U.K. Maybe an ethnic Tunisian or Algerian. Mid 20's, 5'8", medium build, heavy British accent, trained by ███████ house in Mogadishu 2006. Very proficient with computers. Detainee believes that ███ works with computers in the U.K. ███████ returned to the U.K. in November 2006.

8. ███████ Ethnic Ethiopian with refugee status in the U.K. Mid 20's in age, thin build, tall. Received jihadist training in Somalia but returned to the U.K. in 2005. Detainee believes that ███ may now be in Ethiopia.

9. ███████ British Arab, mid 20's in age, medium height, thin build, British accent. Trained by ███ in Mogadishu in 2006 at the ███████ house. ███ was also very proficient with computers and may have worked with computers in the U.K. Detainee last saw ███ near Kismayo in December 2006. Detainee stated that he was shown a photograph by Kenyan police indicating that ███ was captured.

10. ███████ - British Arab, light skinned, possibly Tunisian, mid 20's in age, tall, medium build. Trained at the ███████ house in Mogadishu under ███ in 2006. Also skilled with computers. Last seen by detainee in Kismayo in December 2006. Detainee believes that ███ was also captured.

11. ███████ - British Arab, possibly Pakistani. 25-30 years old, medium height and medium build. ███████ has a British accent, is skilled with computers. Detainee met ███████ at the ███████ house in Mogadishu in 2006. Khan was trained by ███ and returned

3

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

████████████████████

to the U.K. in November 2006.

12. ████████████ A Somali with refugee status in Europe, possibly Denmark. Mid 30's in age, tall with a medium build. Detainee believed that he was someone of money, or that he owned a business in Europe. Previously trained in camps in Somalia and fought in the Ogaden conflict. He was an ICU supporter in 2006 but returned to Europe prior to the invasion.

In reference to the training received by the above listed individuals. Those who trained at camps in Somalia received basic weapons and tactics training. Those who were trained by████ at the████████ house in Mogadishu in 2006 received advanced training, including CQB, document forgery, counter surveillance, surveillance of soft targets, personal security, weapons and tactics, computer training, and operations planning.

Detainee was questioned about US citizens who trained in Somalia and returned to the US. Detainee stated that the only American he knew personally was████████████ As previously reported, detainee did not know the whereabouts of████████ Detainee stated that████████ was married to a Somali woman whose name he did not know. Detainee stated that████████████ knew this woman and had contact information for her in Mogadishu. Detainee believed that███ may have met this woman in London. Detainee believes that the woman is still in Mogadishu.

Detainee was questioned again regarding pending attacks or operations in Kenya.

Detainee maintains that there are no pending attacks and that the exigent circumstances that caused the EAAQ leadership to flee Somalia would have prevented the coordination of any operations in Kenya. Detainee stated that prior to the invasion; the EAAQ had planned on establishing a training camp for jihadists from Europe (primarily Somali refugees based in the U.K., Norway, Sweden, and Denmark). The plan was to establish a base camp near an airstrip in Baledogle (100K NW of Mogadishu).████████ had already arranged for shelters to be constructed in the area.████████ was to oversee the training and coordination with other brothers located in the U.K. This camp would be used as a training area and staging area to launch attacks into Ethiopia.

Detainee explained that the plans for the camp in Baledogle were the only plans that ████████ discussed with detainee.████████ purposely kept things compartmentalized for security reasons.

Detainee was directly questioned regarding the money he was attempting to collect at the time of his capture ████████████████████████████████████████████████████████

Detainee explained that he needed money for himself and his wife. Detainee explained that the few thousand he was attempting to collect was not enough to finance an operation in Kenya. ████████████████████████████████████████████████████████████████████████████████████ Detainee is adamant that there is no operation planned in Kenya.

Detainee admitted that he was carrying a disguise when he was arrested in Kenya.

████████████████████

4

██████████████████████

Detainee had non-prescriptions glasses, Islamic garb, brown in color, and a pair of dark sunglasses. Detainee admitted that he had been trained to wear a disguise to avoid detection. Detainee knows that he is a person of interest from the 2002 attacks and he knows to conceal his identity when he travels out of Somalia. Detainee maintains that he was not in an operational capacity in Mombassa, only a survival capacity.

████████████████████████

███████████████████████████████████████

Detainee was questioned about his plans with ████████████ to enter Mombassa by sea after they left Kiunga.

Detainee stated that ████████████ knew that it was easier to get to Kenya by sea than by land since it was easy to rent a boat and come ashore undetected.
████████████████████████████████

Detainee stated that ████████ always carries a pistol and a hand grenade.

Detainee stated that ████████ also carries a pistol and grenade.

Detainee was questioned regarding ████████ ██████████████ Detainee stated that he once moved a large box, described as a "coffin" from one house in Mogadishu to his own house. He was instructed to do this by ████████ in 2006. The box was later moved by ICU members after he fled from Mogadishu in December 2006. The detainee stated that the box was green in color, and contained tubes or cylinders inside. The box had latches and was not made of wood. (NFI)


Part IV: Remarks:

A. Assessment of Detainee:

B. Approaches Used/Recommendations:

C. Recommendations for Further Interrogation:

D. Interrogator Comment:



5

███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>Respondents. | Civil Action No. 08-1440 (CKK) |

███████████

███████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

███████████████

**Tactical Interrogation Report**

FROM: J2X
TO: Coalition Forces

SUBJ:  **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ████████████

Alias: None

Captive Tag #: ███████████

Interrogator:

Date/Time:  072230ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

Part I:  Capture Information ██████████

1. Date/Time:  28FEB07
2. Place/OBJ:  Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured:  None
5. Equipment Captured:  None
6. Weapons Captured:  None

Part II: ███ Administrative ███████

A ███ Personal Particulars of Detainee

1. Full Name: Abdul Malik
2. Nationality: Kenyan
3. Languages and Proficiency: Swahili, Arabic, Somali, English
4. Date / Place of birth: 1973 / Busia, Uganda
5. Sex:  Male
6. Marital Status: Married
7. Religion: Muslim

████████████████

1

█████████████████

8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children: Two
12. Father's Name: ████████████
13. Tribe/Subtribe: ██████ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B█ Features

1. Current Eye Color: Brown
2. Current Hair Color: Black
3. Current Height: 67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None


**WARNING:** ████ **THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.**

████████████████████████

Part III: ████ Information Obtained: ████

**Summary:**

- **Knowledge of pending attacks in Kenya by EEAQ**
- **Information on any operations that** ████████ **was planning in 2006**
- **Information on money transfers detainee sent to his wife in February 2007**
- **Specific information regarding** ████████ **and his activities in 2006**
- **TTP for** ████
- **TTP for** ██
- **Best estimate of** ███████████ **location**
- **Link up plans or discussions about possible destinations during their escape from Somalia**
- **Location of weapons caches in Mogadishu**


The detainee maintains the story that there are no pending attacks to his knowledge. The detainee stated that the only discussion he recalls regarding attacks in Kenya was related to a group of Kenyan brothers (from Geyresa (phonetic) and Nairobi) who wanted to attack the ATPU. The detainee stated that these individuals were trained in

███████████████

2



camps in Raas Kaambooni but not by ███ and not related to the EAAQ. These individuals were unhappy with the way ATPU treats Muslims in Kenya and wanted to take action against them. The detainee stated the he was not aware of specific plans or operations. The detainee stated that he could not remember the specific number of brothers or any other specific information regarding the group or its plans. The group was in Mogadishu in early 2006 prior to the invasion by the Ethiopians. The detainee provided the following name and description:

1. ███ - Kenyan from Nairobi. Early 20's in age, tall with a thin build and a small beard.

The detainee stated that ███ planned on setting up camps to attack the Ethiopians from Somalia prior to the invasion. The detainee stated the ███ and his driver ███ traveled to Kismayo to open a security office in October/November 2006. The detainee stated that an individual identified as ███ was in Kismayo to assist ███ with the office. The purpose of the office was to provide a staging area to launch attacks into Somalia. ███ was an ICU member and was able to obtain funds for weapons and training of jihadists. While they were in Kismayo, the Ethiopians invaded and ███ was killed in the fighting. ███ escaped back to Mogadishu.

The detainee stated that while ███ was in Kismayo, the detainee assisted ███ in securing building materials for a large camp that was going to be constructed in Baledogle. The detainee stated that the shelters were to be constructed near a Mosque that is close to the airport (100K NW of Mogadishu). The detainee stated that ███ would be the principle instructors at the camp. ███ was going to teach CQB, counter surveillance, surveillance of soft targets, personal security, document forgery, and other computer and weapons training. ███ was going to provide explosives training. ███ hoped to train brothers from Somalia and Europe at the camp. ███ wanted to eventually unite AIAI and ONLF factions in the area to support a common cause in the fight against Ethiopia. Funding for the camp would be provided by the ICU. The detainee maintains that these were the only plans the EAAQ had in motion prior to the invasion in late 2006.

The detainee maintains that the money he was sent was not for EAAQ operational purposes. The detainee explained that the money his wife received was for day to day expenses. The detainee stated that he asked for support from brothers in the U.K. who were loyal to him and wanted to help support his wife and children while he was in hiding in Kenya.

The detainee stated that ███ was training his own group of jihadists in Mogadishu in 2005-2006. The detainee stated that ███ provided training in weapons and tactics, document forgery, and explosives. The detainee stated that ███ did not spend time with detainee prior to ███ arriving back in Mogadishu in September-October 2006. The detainee stated that he does not know specific names or locations or numbers of individuals that ███ trained, he only knows that training was provided. The detainee stated that ███ received funding from the ICU to support his training camps and that is a skilled document forger and was making military IDs and other documents for ICU members.

3

████████████████

The detainee stated that ████ feels safe in Somalia and specifically in Mogadishu. The detainee stated that ████ often travels alone and even drives himself around Mogadishu. ████ carries a pistol and grenade. ████ typically changes houses after one or two months. ████ uses a safe house in the Talbakine (phonetic) area. There is a mosque close by and the area gets its name from the mosque. ████████████████████████████████████████

The detainee stated that ████ feels safe in Somalia and especially safe in Mogadishu. ████ usually travels with a driver. ████ always carries a pistol and grenade. ████ changes houses frequently, sometimes only staying for one day. ████████

The detainee maintains that he does not know where ████████████ went after the group was separated in Kiunga. The detainee stated that he believes that the two may have split up and are probably hiding somewhere in Somalia.

The detainee maintains that he was not given a contingency plan during their escape. Detainee does recall that ████████ discussed calling a Major ████ (phonetic) in Lamu to try and obtain a boat that could be used to travel to Kenya in December 2006. ████ attempted to make the call in Kiunga but was denied the use of a telephone by a police official identified as ████████

The detainee stated that there is a house in Mogadishu, near the Ramadan Hotel, that is used by EAAQ and ICU to store weapons. The detainee stated that the house contains AK-47's, ammunition, RPG's, heavy machine guns and ammunition, grenades, and surface to air missiles. The detainee stated that the anti-aircraft weapons in the house are different than the one that was used in the 2002 attempted shoot down of the Israeli jetliner that he participated in. The detainee stated that he could identify the location of the house if he was provided with a detailed map of Mogadishu. The detainee could not provide the specific numbers of weapons located in the house because weapons and ammunition were used to fight the Ethiopians and the weapons and ammunition are constantly being moved from one house to another. ████████

Detainee stated that ████████████████████ ████ knows ████████████ from the U.K. The detainee stated the he does not know how the two knew one another, only that they know each other from Europe.

████████████████████████████████

The detainee reported that ████████████ left Somalia and went to Yemen or Saudi Arabia in 2004. (NFI)

The detainee stated that he has heard that brothers in the UAE send money to the ICU in Somalia but cannot provide any specific information related to persons or accounts or amounts. (NFI)

████████████

4

████████████████████

The detainee was shown a series of photographs that were discovered on a laptop that was in the possession of ████████████████ at the time of her capture. Detainee was unable to identify anyone in the photographs. He did recognize some of the individuals as persons he had seen in Mogadishu and possible ICU members, but he could not provide any actionable intelligence on these individuals.

The detainee did recognize a separate photograph of Danish subject ████████ The detainee stated that ████ was an individual he had seen in Mogadishu, but he did not know him personally or know anything about his training. Detainee stated that he heard ████ was attempting to bring his family to live in Mogadishu under Shiria law.

The detainee did recognize a separate photograph of ████████████████ The detainee recalled seeing ████████ or someone very similar near Kismayo or Jilib in December 2006. The detainee stated that he saw many Western or European brothers in the area during the time of the invasion. He recalled seeing someone with long hair who had similar features to ████████ NFI

Part IV: Remarks:

A. Assessment of Detainee:

B. Approaches Used/Recommendations:

C. Recommendations for Further Interrogation:

D. Interrogator Comment:

████████████████████████

████████████████

████████████████████████████████

████████████████████

████████████████████

5

███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

███████████

████████████████

## Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ███████████

Alias: None

Captive Tag #: ██████████

Interrogator:

Date/Time:  082015ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

Part I:  Capture Information ████████

1. Date/Time:  28FEB07
2. Place/OBJ:  Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured:  None
5. Equipment Captured:  None
6. Weapons Captured:  None

Part II: ██ Administrative ████

A. ██ Personal Particulars of Detainee

1.  Full Name: Abdul Malik
2.  Nationality: Kenyan
3.  Languages and Proficiency: Swahili, Arabic, Somali, English
4.  Date / Place of birth: 1973 / Busia, Uganda
5.  Sex:  Male
6.  Marital Status: Married
7.  Religion: Muslim

████████████████

1

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

████████████████████████

8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children: Two
12. Father's Name: ████████████
13. Tribe/Subtribe: ████████ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ███ Features

1. Current Eye Color: Brown
2. Current Hair Color: Black
3. Current Height: 67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None


**WARNING:** ████ **THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.**

████████████████████████

**Part III:** ████ Information Obtained: ████
•
**Summary:**

- **Pending attacks in Kenya**
- **Whereabouts of** ████████████████████
- **Detainee's role with the EAAQ cell in Mogadishu in 2006**
- **Money transfers he arranged and received during his time in Mombassa in 2007**
- **The intended use of money he received in Mombassa**
- **Rift between** ███████████
- **Weapons cache located near the Ramadan Hotel in Mogadishu, Somalia**
- **Location of safe house used by** ████████ **in the Taibakine area of Mogadishu, Somalia**

The detainee maintained that he is not aware of any pending attacks and he denies knowledge of any plans that ████████████████████████ have to conduct attacks in Kenya.

The detainee maintained that he has no way of contacting ████████████████ ████████ The detainee stated that he does not know where they went after they were separated in Kiunga in early January 2007, and is not aware of any contingency plans that ████████████ have. The detainee stated in previous interviews that ████

████████████████████████

2

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

██████████████

purposely kept information compartmentalized for security reasons and that there is no link up plan. The detainee reiterated the fact that ████ would not tell detainee about other safe houses that ████ used in Mogadishu. ████ used the detainee's house for one or two nights and then moved to other locations as part of his normal security measures. The detainee stated ████ used a safe house near a mosque in the Talbakine (phonetic) area of Mogadishu. The detainee did not have a specific address or description of the house. (NFI.)

The detainee maintained that he has no idea of ████████████████████ location. The detainee stated that he thought the pair probably separated and that ██ could be in Lakta (phonetic) or hiding in the forest area near Kismayo. The detainee stated that he knows that many other brothers who fled Mogadishu in December 2006 were hiding in this area. The detainee stated that ████ will seek an area where he can have access to a computer or an internet cafe. (NFI.)

The detainee stated that he was not an operations planner. The detainee stated that he was someone who could be trusted because of his role in the 2002 attacks in Kenya. The detainee maintained that he kept a low profile in Somalia from 2002 to 2006. The detainee stated that he never left Somalia to attend training camps in Afghanistan as ████████████████ did. The detainee stated that ████ chose to stay with detainee when he returned to Somalia in 2006 because ████ knew that detainee was not a major player, just someone that could be trusted.

The detainee further explained that his ideology differs from that of AQ. The detainee was content to live in Somalia under Shria law with his family and put his past (admits to his active participation in the 2002 attacks) behind him. The detainee supported the ideology of the ICU and was a supporter of the ICU in Mogadishu. In September-October 2006, after ████ returned to Mogadishu, an ICU member named ████████████ gave detainee an allotment of money. The detainee budgeted the money for the brothers from the U.K. (see London Boys) while they trained at the ████ house under ██ in the fall of 2006. The money was used for food, drivers, fuel for vehicles, and other living expenses. Weapons and ammunition for the training were procured by ICU officials.



████████████████████████ The detainee admitted that he had ██████ ███████████ pick up a money transfer for him that was sent by brothers in the U.K. Detainee paid ████ for his assistance.

The detainee maintained that the money he requested was not for operations. The detainee stated that the money his wife received was not for operations. The detainee maintained that the money he requested was to be used for his own expenses. The detainee stated that he planned on searching for his family (brothers and sisters) in Nairobi. The detainee stated that he hadn't seen them in ten years. The detainee stated that he planned on staying with them until he could make it to South Africa or the U.K. The detainee stated that he felt that he had enough money to travel from Nairobi to Tanzania, then to Mozambique, and eventually South Africa where he could assimilate

██████████████

3

into a Somali community and then send for his wife and children (detainee stated that his wife had family in S.A.). The detainee stated that if he was able to acquire enough money while in Mombassa (approximately $10,000.) he would be able to pay for forged documents that would allow him to reach the U.K. In the U.K., he would apply for refugee status (using the forged documents) and then send for his wife and children. The detainee explained that the money his wife received in Mogadishu was support from the other brothers who knew that detainee would not be able to provide for his family while he was traveling to South Africa or the U.K. The detainee repeatedly makes the point that he was out of the EAAQ cell and was living peacefully in Somalia when ▮ sought him out in the fall of 2006. If not for the invasion by the Ethiopian forces, detainee would have stayed in Mogadishu with his pregnant wife and three children.

The detainee maintained that he did not have first hand accounts of the problems that existed amongst the EAAQ cell in Somalia between 2002 and 2006. The detainee explained that he heard rumors that ▮ were in disagreement with each other on what the focus of the cell should be. ▮

▮ The detainee recalled that ▮ requested a new Emir be named for the EAAQ cell in Somalia. When one was not appointed, ▮ went his own way and began conducting his own training. The detainee stated that ▮ reunited in 2006 but remained estranged from ▮ Detainee reported that he heard from various sources, including his wife, that ▮ was killed during the Ethiopian invasion in 2006-07.

The detainee was shown imagery of Mogadishu, specifically areas surrounding the Ramadan Hotel in Mogadishu, Somalia. The detainee identified an area located approximately 3 blocks SE of the hotel. The imagery was not sufficient to allow detainee to identify an exact location. The detainee described the building as a two story complex with a wall or fence surrounding the compound. The building is protected by guards from the ICU.

The detainee stated that he has seen SAMs ▮ stored in the house along with small arms, RPGs, and ammunition. The detainee stated that the SAMs are in large green boxes. The detainee cannot provide the amount or numbers of weapons stored in the house.

Part IV: Remarks:

A. Assessment of Detainee:

4

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

B. <u>Approaches Used/Recommendations:</u>

C. <u>Recommendations for Further Interrogation:</u>

D. <u>Interrogator Comment</u>:



███████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

　　　　　Petitioner,

　　　　v.

BARACK H. OBAMA, *et al.*,

　　　　　Respondents.

Civil Action No. 08-1440 (CKK)

███████████████

███████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

███████████████████

### Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ████████████

Alias: None

Captive Tag #: ████████

Interrogator:

Date/Time:  091845ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

<u>Part I</u>:  Capture Information ████████

1. Date/Time:  28FEB07
2. Place/OBJ:  Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured:  None
5. Equipment Captured:  None
6. Weapons Captured:  None

<u>Part II:</u> ████ <u>Administrative</u> ████████

A. ████ <u>Personal Particulars of Detainee</u>

1.  Full Name: Abdul Malik
2.  Nationality: Kenyan
3.  Languages and Proficiency: Swahili, Arabic, Somali, English
4.  Date / Place of birth: 1973 / Busia, Uganda
5.  Sex:  Male
6.  Marital Status: Married
7.  Religion: Muslim

III/1,2,4
380-14

1

███████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

████████████

8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children:  Two
12. Father's Name: ███████████
13. Tribe/Subtribe: █████Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

**B.** ██  Features

1. Current Eye Color:  Brown
2. Current Hair Color: Black
3. Current Height:  67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None

**WARNING:**  ██**THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.**

████████████████████

Part III: ██nformation Obtained: ███

**Summary:**

- **Weapons cache and possible storage location of Surface to Air Missiles (SAM)**
- ████████**use of disguises**

   The detainee in earlier reporting stated that he knew the location of a two-story house, located near the Ramadan hotel, where weapons were stored.  The detainee stated that he personally visited the house on multiple occasions and removed weapons or transported weapons to or from the house.  The detainee stated that in December 2006 he observed large green boxes, used to store SAMs.  The detainee stated that he is familiar with the weapons system because he was part of a three man team that attempted to shoot down an Israeli jet liner in 2002 with a similar weapon (SA-7).  The detainee stated the house is controlled by the ICU in Mogadishu.  The detainee stated that in December 2006, under the orders of ███████ he transported AK-47's, ammunition, RPGs, and other weapons from the cache house to another house in Mogadishu.  The weapons were moved to a second house to stage for the pending attack by Ethiopian forces into Mogadishu.

The detainee described the house as a two-story dwelling, cream or yellow in color, with a courtyard and palm or date trees in the courtyard.  The detainee was shown enhanced

III/1,2,4
380-14

2

████████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

██████████████████

imagery of the area immediately surrounding the Ramadan hotel.  The detainee identified a house matching the description of the house he knows to be the weapons cache house ███████████████ The detainee was also able to identify a house that was used to house jihadists who trained in Somalia in 2005-2006.  The house is referred to as the ████████ house in Mogadishu ████████████████████

The detainee stated that he had a box, matching the description he previously gave for a SAM container, at his personal residence in November 2006.  The box was removed by an individual identified as ███████ worked for the ICU and reportedly took the box to the weapons cache house described above.

The detainee stated that Sheikh ████████████████ and ███████████ all stayed at the ██████████ house in 2006.

The detainee recalled that someone named ███████████████ ███████ from Northern Somalia trained with the London Boys and ███ in the fall of 2006. ███ went to Hergeysa (phonetic) in Northern Somalia after his training.  (NFI.)

The detainee stated that ████ does not wear a disguise in Mogadishu.  The detainee stated that he has not observed ████ walking with a limp or wearing a fake beard (as was reported by other detainees captured in 2006-2007).  The detainee maintained that ████ travels around Mogadishu freely and feels safe doing so.


Part IV: Remarks:

A.  Assessment of Detainee:

B.  Approaches Used/Recommendations:

C.  Recommendations for Further Interrogation:

D.  Interrogator Comment:

III/1,2,4
380-14

3

████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

████████████

████████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

███████████

**Tactical Interrogation Report**

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No: ███████████

Alias: None

Captive Tag #: ███████

Interrogator:

Date/Time:  101645ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

Part I:  Capture Information ███████

1. Date/Time:  28FEB07
2. Place/OBJ:  Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured:  None
5. Equipment Captured:  None
6. Weapons Captured:  None

Part II: ██ Administrative ███████

A ██ Personal Particulars of Detainee

1.  Full Name: Abdul Malik
2.  Nationality: Kenyan
3.  Languages and Proficiency: Swahili, Arabic, Somali, English
4.  Date / Place of birth: 1973 / Busia, Uganda
5.  Sex:  Male
6.  Marital Status: Married
7.  Religion: Muslim

III/1,2,4
380-14

███████████

1

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

█████████████████

8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children:  Two
12. Father's Name: ████████████
13. Tribe/Subtribe: ███████ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ██ Features

1. Current Eye Color:  Brown
2. Current Hair Color: Black
3. Current Height:  67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None.


**WARNING:**   ██ **THIS IS AN INFORMATION REPORT, NOT FINALLY**
                   **EVALUATED INTELLIGENCE.**

████████████████████████

Part III. ██ Information Obtained ██████

**Summary:**

- **Any additional information the detainee could provide of interest to the US**
- ██████████ **relationship with ICU leadership**
- **Money he received in the fall of 2006 from ICU Member** ████████
- **London Boys and their understanding of** ████████████

The detainee stated that he had no information to report regarding attacks by ████████ in Kenya. The detainee stated that if any attacks happened in Kenya, it would come from a new generation of brothers. The detainee repeated the previously reported information regarding ethnic Somalis from Garissa who live in Kenya.  Tension exists between the Muslim community in Nairobi and the ATPU.  The detainee stated that any future violence in the region would be attributed to that and not to anyone associated with ██████████████████
██████████████

The detainee stated the ████████ met with ████ and Sheikh ██████ in Mogadishu in 2006.  The detainee also stated that ██ worked with ████████████████ an individual who was

III/1,2,4
380-14

████████████████

in charge of port security ███████████████████████ The detainee stated that ████
provided training to ████ and worked on administrative and immigration matters. (NFI)

The detainee admitted to receiving training in counter surveillance from ████ in 2006.

The detainee provided following information regarding landmarks in close proximity to the houses that were used by trainees in 2006.

The █████ house is located near the ████ Hotel and Benadir (phonetic) University in Mogadishu, Somalia. The detainee stated that he could identify the house if provided with imagery of the area.

The █████ house is located southwest of X-control in Mogadishu. The detainee stated that he could identify the house if provided with imagery of the area.

The detainee stated that he received one allotment of approximately $2000 and a second allotment of approximately $2500. The detainee stated that the money was used for day to day expenses for the London Boys as they trained with ████ in the fall of 2006. ██████████

The detainee stated that the numbers saved in his phone list that he is unable to recall may have been entered or saved by his wife.

The detainee stated that the London Boys knew who ████ was and understood that ████
████████████████ were AQ. The detainee stated that they did not openly discuss past
operations (1998 or 2002) with ██████████ The London Boys respected ████ and his
experience. The detainee stated he recalled ████ making the statement, ██████████
██████████████████████ (NFI)

Part IV: Remarks:

A. Assessment of Detainee:

B. Approaches Used/Recommendations:

C. Recommendations for Further Interrogation:

D. Interrogator Comment:

III/1,2,4
380-14

3

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009

III/1,2,4
380-14