████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK, | |
| Petitioner, | |
| v. | Civil Action No. 08-1440 (CKK) |
| BARACK H. OBAMA, *et al.*, | |
| Respondents. | |

████████████

████████████

B

████████████████

## Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No ████████████

Alias: None

Captive Tag #: ████████

Interrogator:

Date/Time:  171045ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

Part I:  Capture Information ████████

1. Date/Time:  28 FEB 07
2. Place/OBJ:  Transfer from Kenya
3. Circumstances of Capture: Transfer from Kenya
4. Documents Captured:  None
5. Equipment Captured:  None
6. Weapons Captured:  None

Part II: ██ Administrative ████████

A. ██ Personal Particulars of Detainee

1.  Full Name: Abdul Malik
2.  Nationality: Kenyan
3.  Languages and Proficiency: Swahili, Arabic, Somali, English
4.  Date / Place of birth: 1973 / Busia, Uganda
5.  Sex:  Male
6.  Marital Status: Married
7.  Religion: Muslim

████████████████

1

B ███████████████

8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children:  Three
12. Father's Name; ████████████
13. Tribe/Subtribe: ██████Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ███ Features

1. Current Eye Color:  Brown
2. Current Hair Color: Black
3. Current Height:  67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None

-

**WARNING:** ███THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.
██████████████████████████

Part III ████Information Obtained: ████

**Summary:**



DECLASSIFIED FOR PUBLIC RELEASE
B ██████████████████████

█████████████████████████████████████████████

Detainee was questioned regarding the Somali student couriers that were used to pass messages between EAAQ and AQ leadership in Pakistan/Afghanistan.

Detainee provided no additional information regarding names or other pertinent information. Detainee stated that he was not associated with the couriers. Detainee earlier reported that the student couriers were instructed to use aliases so he could not provide any additional identifying information.

Detainee was asked to provide additional information on ██████ in Mogadishu and ██████ in Mombassa.

As was earlier reported, ██████ in Mogadishu worked at the airport, possibly in immigration or security. ██████ is an Islamic Council Union (ICU) member and associate of ██████████ ██████ provided money to detainee in 2006 to support the training expenses of the London Boys. ██████ is an important link between the EAAQ members in Mogadishu and the ICU.

Detainee is adamant that he does not know a ██████ in Mombassa. Detainee did not recognize a photograph of the individual identified as ██████ in Mombassa.

██████ in Mombassa does not match the physical description or age of the ██████ in Mogadishu provided by the detainee.

████████████████████████████████████████████████████

Detainee was questioned regarding an important Sheikh that traveled with ██████ in 2006.

Detainee had no information to provide.

Detainee was unfamiliar with the Kuda training camp. Detainee knew that ██████ ████████████████████ provided extensive training for jihadists in Raas Kaamboni in 2005 and 2006. Detainee did not travel out of Mogadishu during the time that ██████████████ were training in Raas Kaamboni.

Detainee was questioned about his wife ██████ and her involvement in money transfers from individuals in the U.K.

Detainee stated that ██████ received money from ████████████ in the U.K. in

████████████████████████

B ████████████████

2007. ███collected money from brothers in the U.K. and sent money to ████

Detainee was questioned about ██████appearance.

Detainee stated that████is lighter skinned than he appears in his wanted photograph. Detainee has only seen black and white photos of████ He attributes the difference in skin tone to the black and white photos. Detainee does not believe that████used a chemical to change his skin tone. Detainee stated that████has a visible scar on his upper lip and is very diminutive.

Detainee was asked to explain how EAAQ cell members obtained medication or medical treatment.

Detainee stated that there are several doctors and pharmacies in Mogadishu. Medication and medical attention are not difficult to obtain.

Detainee was asked to provide additional details regarding the VBIED that was used in the 2002 attack.

Detainee stated that████████arrived at the safe house in Tudor and unloaded several packages of explosive powder. The packages were wrapped in black plastic. Each package weighed approximately 2-3 kilograms. Detainee did not remember how many packages were unloaded.

████████while wearing gloves, unwrapped the packages and started pouring the powder into small wooden boxes. The detainee assisted ██████but he did not wear gloves. The detainee breathed some of the powder and said that it tasted like pepper. The powder was a brownish-red. When they were finished, they stored the boxes in the house. There were approximately 5-6 boxes. 3 days before the attack, the boxes were later loaded into the vehicle by████████ ████████████████ and the detainee. ██████attached the detonators.

The detainee knew the powder was an explosive. Detainee stated that in 2002, he was exposed to another explosive powder by████████████showed the detainee a white powder that had yellow flakes or specks. At least 1000 kilograms of the powder was stored in a house in Mogadishu. ████████told the detainee that the powder was radioactive uranium. (NFI)████████told the detainee that people from Iran traveled to Mogadishu in the 1990's to purchase the powder. ████████stated that this was during the time of Hussein Adid.

Detainee was questioned regarding the finances of EAAQ.

Detainee stated that money for training is supplied by the ICU, brothers in the UAE, Qatar, and Arabs who live in Europe. Detainee could not provide specific names, amounts or account information. Detainee received money in 2006 from ████████████████and other London Boys.

████████████████                                    4

B

███████ always had money. ████ wears a money belt and has a Samsonite case he carries with money. Detainee does not know how much money he carries. ████ prefers to have US dollars. ███████ received most of his money from the ICU.

Detainee stated that he used the Dhabshil (phonetic) Hawala in Mogadishu and the Amal Express Hawala in Mombassa.

Detainee did not have information to provide regarding NGO's. He remembered that a nun was killed in Mogadishu who was working for S.O.S (NFI). She was killed by Muslims. Detainee stated that he did not agree with the killing and neither did the ICU leadership in Mogadishu.

Detainee was asked to explain the Shabaab.

Detainee stated that Shabaab meant "youth". Shabaab were brothers from Somalia and other countries who came to Somalia for Jihad. Detainee could not estimate the number but guessed the number exceeded 1000. Shabaab members were much more radical than the ICU members. ███████ led many of them to Raas Kaamboni for training in 2006. ███████ served as a link between the Shabaab and the ICU (since ideologies differed) during the time of the ENDF invasion.

Detainee stated that ███████ acted as a military leader and trainer for the Counicle of Islamic Court (CIC). He is from the same tribe as ███████ He traveled to Kismayo with ███████ to meet European brothers in 2006.

Detainee stated that ███████ knew each other from Raas Kaamboni. ████ was training there in 2006 and ███████ wanted to keep training jihadists in the area. ███████ gave permission to ███████ to conduct training in the area.

███████ provided training at Raas Kaamboni. ███████ also trained with them. He may still be in Mogadishu.

Detainee stated that he is easily replaceable by ███████ Detainee maintains that he is not a true EAAQ operative, only someone trusted by the senior leadership. His role was not a permanent one, only one of utility.

Detainee was asked to provide information on ███████ Detainee knows a ███████ who was a warlord in Mogadishu. His house is in Madina, approximately 6-10 KM west of Mogadishu. He is someone who takes by force and uses roadblocks to collect money. He left Mogadishu before the ICU came to power.

B



Part IV: Remarks:

A. <u>Assessment of Detainee:</u>  None

B. <u>Approaches Used/Recommendations:</u>  None

C. <u>Recommendations for Further Interrogation:</u> None



DECLASSIFIED FOR PUBLIC RELEASE

B



██████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

    Petitioner,

    v.

BARACK H. OBAMA, *et al.*,

    Respondents.

Civil Action No. 08-1440 (CKK)

██████████

██████████

DECLASSIFIED FOR PUBLIC RELEASE
BY JS 06 March 2009



### Tactical Interrogation Report

FROM: J2X
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: ABDUL MALIK

Report No:

Alias: None

Captive Tag #:

Interrogator:

Date/Time:  191605ZMAR07

Language Used: English

Interpreter:  None

Maps Used:  None

<u>Part I</u>:  Capture Information

1.  Date/Time:  28 FEB 07
2.  Place/OBJ:  Transfer from Kenya
3.  Circumstances of Capture: Transfer from Kenya
4.  Documents Captured:  None
5.  Equipment Captured:  None
6.  Weapons Captured:  None

<u>Part II:</u>    <u>Administrative</u>

A      <u>Personal Particulars of Detainee</u>

1.   Full Name: Abdul Malik
2.   Nationality: Kenyan
3.   Languages and Proficiency: Swahili, Arabic, Somali, English
4.   Date / Place of birth: 1973 / Busia, Uganda
5.   Sex: Male
6.   Marital Status: Married
7.   Religion: Muslim

III/1,2,4
380-14

1

█████████████████████

8. Occupation: None
9. Military Experience: None
10. Civilian Education: Finished primary school
11. Children: Three
12. Father's Name: ████████████████
13. Tribe/Subtribe: ████████ Tribe of Uganda
14. Jihad Experience: Yes, Somalia, Kenya
15. Foreign Travel: Kenya, Somalia, Yemen

B. ████ Features

1. Current Eye Color: Brown
2. Current Hair Color: Black
3. Current Height: 67"
4. Current Weight: 166
5. Distinguishing Features: Scars on both arms and legs
6. Comments: None


**WARNING:** ████ **THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.**

█████████████████████████████

Part III: ████ Information Obtained: ████

**Summary:**

- **Provided information on personalities:** ████████████████
- **Background information on a attack in 2002 Kikambala**


Detainee previously provided information related to a warlord identified as ████████
████ Detainee stated that ██████████████████ are the same person.
Detainee believes that ████████████ is no longer in Somalia.

Detainee was asked to provide additional information on ████████████

Detainee reported that ████ is from Hargeysa. He is a person of rank within the
Islamic Council Union (ICU). He has political power. In October-November of
2006, ███████████████████████ met at the ████████████ house in
Mogadishu. Detainee was at the house but was not invited to the meeting. The
████████████ house is a large, two story house with multiple rooms. Other ICU
members attended the meeting (No further information).

█████████████████████

█████████████████

Detainee was asked to provide information to help differentiate between ████
████████████████

███████████ is in his late 30's to early 40's in age, 5'9" - 6' in height, medium to large build, small beard, and light skinned. ████████ is from Tanzania. ████ and ████████ were close friends. Detainee believes that ████████ was captured in 2003 for his involvement in the 1998 American embassy bombings.

███████████████ is in his late 20's to early 30's in age, over 6' in height, muscular build, very dark skin, no beard. ████ is a Somali from Kenya. Detainee last saw him near Jilib in late 2006. Detainee believes that ████ is still in Somalia.

Detainee was asked if there were training camps for Americans (since brothers from the UK came to train in Somalia).

Detainee said no. East African al-Qaida (EAAQ) cell members did not distinguish between camps for Americans versus camps for others. Groups came to Somalia to train regardless of nationality or origin. Most were ethnic Somalis.

Detainee was asked to describe the first moment that he realized that ████ ████████████████ were AQ.

Detainee stated that he knew the group was involved in something and there was a leadership structure behind it. ██████████ was the Emir when they all came together at the safe house in Tudor in 2002. The term "al-Qaida" was not used until after the attack in 2002, when the group returned to ████████████ house in Mogadishu. ████████████ explained to detainee that he (the detainee) was not provided with information prior to the attack to protect the operation. The drivers of the VBIED were not aware of the rocket attack plan just as detainee was not made aware of the VBIED plan. Only the ones who orchestrated the plan were fully aware of the plan █████
Detainee knew that ████ was also al-Qaida because ████████ was upset that he did not return to Mogadishu with the rest of the group following the attacks. ██████████ made a statement to the effect that "if ████ is part of al-Qaida he should be here with us".

Detainee remembers seeing communications equipment (hand held radios) and a remote device that ████████ told him was used to detonate explosives. The equipment was at ████████████ house in Mogadishu in 2002. Detainee and ███████ stayed at the house following the 2002 attacks in Kikambala.

Detainee was asked if he knew the type of explosive that was used in the VBIED attack in 2002.

█████████████████

███████████████

██████ told detainee that it was TNT.

Detainee was asked about the SA-7's that were used in the attack on the airliner in 2002.

Detainee stated that the rockets were hidden under a couch in the safe house in Tudor.  Detainee did not see them until they were removed by ███████ on the day of the attack.  The tubes were wrapped in cloth for concealment.

Detainee was asked to provide additional information regarding ███████ camp in Kismayo.

Detainee stated that ███████ took Shabaab members to Kismayo for training and to help secure the port during the ENDF invasion in 2006.

Part IV: Remarks:

A. Assessment of Detainee:  None

B. Approaches Used/Recommendations:  None

C. Recommendations for Further Interrogation: None

D. Interrogator Comment: None



III/1,2,4
380-14

4

UNCLASSIFIED//FOR PUBLIC RELEASE

S2 ███████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

      Petitioner,

      v.

BARACK H. OBAMA, *et al.*,

      Respondents.

Civil Action No. 08-1440 (CKK)

S2
████████████████████████████

S2 ███████████████

UNCLASSIFIED//FOR PUBLIC RELEASE



S2

SUMMARY INTERROGATION REPORT:
S2        SUBJECT: S2                     ((BAJABU)) ABDUL MALIK S1
S1

REASON(S) FOR VISIT:
S1

1. S2        SUMMARY:
S2                           ((BAJABU)) ABDUL MALIK S2
S2        S2
S2
S1 S5
S1 S5                    S2                        S2
S2

2. S2        APPROACH USED: S1
3.           EFFECTIVENESS OF APPROACH: S1 S5
S1 S5

4. S2   S2                                    S2
S1 S2 S5

5. S2        RECOMMENDED APPROACH FOR NEXT MEETING: S1 S5
6.           SUMMARY OF INFORMATION S2
S1 S5

S1 S5

S1

S1

S1 S2

S1



7. **S2** ▆▆ COLLECTORS COMMENTS: **S1** ▆▆▆▆

8. **S2** ▆ POC FOR THIS MEMORANDUM IS **S2** **S3** ▆▆▆▆▆▆▆▆▆▆▆ JTF
GTMO.

UNCLASSIFIED//FOR PUBLIC RELEASE

S2 ██████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

    Petitioner,

      v.

BARACK H. OBAMA, *et al.*,

    Respondents.

Civil Action No. 08-1440 (CKK)

S2 ████████████████████████

S2 █████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

S2

SUMMARY INTERROGATION REPORT:
S2     SUBJECT: ISN S2 -01002S S2 ((BAJABU)) ABDUL MALIK S1
S1

REASON(S) FOR VISIT:
S1

REQUIREMENTS ADDRESSED:
S1 S2

1. S2     SUMMARY:
S2              ((BAJABU)) ABDUL MALIK S2
S2     S2
S2
S1 S2 S5

2. S2     APPROACH USED: S1
3. S2     EFFECTIVENESS OF APPROACH: S1 S5
S1 S5

4. S2     S2                                    S2
S1 S2 S5

5. S2     RECOMMENDED APPROACH FOR NEXT MEETING: S1
6. S2     SUMMARY OF INFORMATION S2
S1

S1
S1
S1 S2     S1                         S1 S2
S1
S1
S1 S5          S1 S5              S1
S1

S1 S2

S1

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

7. **S2**    COLLECTORS COMMENTS: **S1**



8. **S2** POC FOR THIS MEMORANDUM IS **S2 S3**                    JTF
GTMO.

███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

████████████████████

~~SECRET//NOFORN~~

SUMMARY INTERROGATION REPORT:
(S//NF) SUBJECT: ISN ████-010025█, ((BAJABU)) ABDUL MALIK WAS BORN ON JANUARY
01, 1973 AND CLAIMS KENYA CITIZENSHIP.

REASON(S) FOR VISIT:
        Command Directed

1. ██████ SUMMARY:
(FBI - HCT11) INTERROGATED ((BAJABU)) ABDUL MALIK ON ████████ FOR 2 HOURS AND
0 MINUTES.  THE INTERROGATION WAS CONDUCTED IN ENGLISH USING NO LINGUIST AS AN
INTERPRETER.



2. ██████ SUMMARY OF INFORMATION (ENSURE ANY INTELLIGENCE RESULTS IN AN
IIR):
(S)  FBI-GTMO CONDUCTED AN INTERVIEW OF ABDUL MALIK BAJABU, INTERNMENT SERIAL
NUMBER (ISN) ████-010025██, ON 01/17/2008, AT ████████

(U)  RESULTS OF THE INTERVIEW ARE AS FOLLOWS:





(U/LES)  AGENTS TOOK OUT A PHOTO OF ███████████, ████ ████, ███████████

AND ████████████████, AND ASKED MALIK IF HE RECOGNIZED ANY OF THESE
INDIVIDUALS.  MALIK STATED HE MET █████ IN MOGADISHU IN 2005 OR 2006 WHEN
█████ WAS MAKING ID CARDS FOR THE ISLAMIC COURTS UNION (ICU) AND ONLY
RECOGNIZES THE PICTURE OF ███████ BECAUSE █████ S PICTURE IS FEATURED ON
WANTED POSTERS ALL OVER KENYA.  AGENTS ASKED MALIK IF HE HAS EVER MET █████.
IN
PERSON AND MALIK REPLIED THAT HE HAS NOT.  AGENTS ASKED MALIK IF HE
RECOGNIZED
THE TWO REMAINING UNMARKED PHOTOGRAPHS OF ████████████ AND ████████
████████AND MALIK REPLIED THAT HE DOES NOT.  AGENTS EXPRESSED INCREDULITY,
POINTED TO THE PICTURE OF ██████████ AND ASKED MALIK IF HE HAS NOT LIVED WITH
THIS INDIVIDUAL.  MALIK REPEATED EMPHATICALLY THAT HE HAS NOT.

(U/LES)  FRUSTRATED THAT MALIK WAS DENYING ANY AND ALL KNOWLEDGE OF THE EAST
AFRICA AL QA'IDA CELL AND THE KIKAMBALA ATTACK, AGENTS ASKED MALIK WHAT HE
WAS
DOING IN 2002 IF HE WAS NOT IN KENYA.  MALIK ANSWERED THAT HE WAS WORKING
WITH
█████, AKA █████████████, IN SOMALIA IN 2002, AND THAT THE TWO OF THEM WERE
WORKING FOR A DIVING COMPANY.  MALIK EXPLAINED THAT THE COMPANY WAS LOCATED
IN
BUUR GAABO, SOMALIA AND THAT HE AND █████ WOULD TAKE TOURISTS OUT TO DIVE FOR
LOBSTERS.

(U/LES)  MALIK WAS ASKED HOW HE KNOWS ███████████ AND REPLIED THAT THE TWO
OF
THEM WERE FELLOW VILLAGERS FROM MOMBASA AND THAT HE HAS KNOWN ████ SINCE THE



1990'S.  MALIK ALSO ADVISED THAT HE WAS AWARE THAT ▮▮▮ HAD BEEN APPREHENDED FOR
"TERRORISM" BUT ADDED THAT HE DOES NOT BELIEVE THE CHARGES AGAINST ▮▮▮.

(U/LES)  AGENTS ASKED MALIK IF THE DIVING COMPANY WAS OPERATED BY ANYONE ASIDE
FROM ▮▮▮ AND HIMSELF AND MALIK ANSWERED THAT THE COMPANY WAS OWNED BY A SOMALI
WHO EVERYONE CALLED "▮▮▮▮".  AGENT NOTE: MALIK HAD DIFFICULTY RECALLING THIS
NAME AND HAD TO THINK FOR ABOUT 5 MINUTES BEFORE COMING UP WITH IT.  END AGENT
NOTE.  AGENTS ASKED MALIK IF HE KNEW ▮▮▮▮'S REAL NAME AND MALIK REPLIED THAT
ALL SOMALIS USE NICKNAMES SO HE ONLY KNEW ▮▮▮▮ BY THIS MONIKER.

(U/LES)  AGENTS ASKED IF THE DIVING COMPANY HAD A NAME.  MALIK SAID IT DID NOT.
AGENTS ASKED MALIK IF ANYONE ELSE, ASIDE FROM THOSE ALREADY MENTIONED, WAS
INVOLVED WITH THE DIVING COMPANY AND ONLY AFTER A CONSIDERABLE PAUSE DID MALIK
MENTION THAT ▮▮▮▮ HAD A PARTNER NAMED ▮▮▮▮▮▮▮▮.  AGENTS PRESSED MALIK
FOR FURTHER DETAILS ON ▮▮▮▮▮▮▮▮, BUT MALIK STATED THAT, THAT WAS ALL HE
KNEW.

(U/LES)  AGENTS CONFRONTED MALIK WITH HIS PREVIOUS ADMISSION OF HELPING TO
PURCHASE SHARKS FOR TRANSPORTING EXPLOSIVES FOR THE 2002 ATTACKS BUT MALIK
REPLIED THAT HE HAD PURCHASED SHARKS FOR HIS DIVING BUSINESS BUT NEVER FOR THE
PURPOSE OF HIDING EXPLOSIVES.  AGENTS ASKED MALIK IF HE HAD EVER SEEN EXPLOSIVES
IN OR AROUND THE SHARKS AND MALIK STATED THAT HE HAS NOT.  AGENTS ASKED MALIK IF
ANYONE HAD EVER SUGGESTED USING THE SHARKS TO HIDE EXPLOSIVES IN AND MALIK
ANSWERED THAT HE WAS NOT AWARE OF SUCH A PLAN.  ACCORDING TO MALIK, THE DIVING
COMPANY PURCHASED SHARKS IN SOMALIA AND SOLD THEM FOR A PROFIT IN KENYA.

(U/LES)  MALIK WAS ASKED WHAT HE DID BEFORE GOING INTO THIS DIVING BUSINESS WITH
OMAR AND REPLIED THAT HE WORKED AS A LABORER ON FISHING BOATS IN THE SOUTHERN
PART OF SOMALIA.

(U/LES)  MALIK WAS ASKED IF HE HAS EVER HEARD OF THE NAME ▮▮▮▮▮▮ AND
REPLIED THAT HE HAS.  ACCORDING TO MALIK, HE FIRST SAW ▮▮▮ IN 2004 IN KISMAYO
BUT NEVER SPOKE TO ▮▮▮ UNTIL YEARS LATER WHEN THE TWO MET AGAIN IN MOGADISHU.
MALIK STATED THAT THE TWO OF THEM HAD JUST STARTED TALKING IN MOGADISHU BECAUSE
THEY BOTH SPOKE THE SAME LANGUAGE AND BECAUSE MALIK HAD SEEN HIM BEFORE IN
KENYA.  AGENTS CONFRONTED MALIK OVER THE INCONSISTENCY OF THIS STATEMENT SINCE
MALIK HAD EARLIER TOLD AGENTS THAT HE DID NOT RECOGNIZE ▮▮▮S PHOTOGRAPH.
MALIK, APPEARING SOMEWHAT FLUSTERED, EXPLAINED THAT HE DID NOT RECOGNIZE THE

PICTURE BECAUSE PEOPLE OFTEN LOOK DIFFERENT IN PERSON THAN IN PRINT.  MALIK ALSO
ADDED THAT HE ONLY KNEW ▇▇▇ BACK THEN AS "▇▇▇▇▇" AND THEREFORE DID NOT MAKE
THE CONNECTION THAT "▇▇▇▇▇" WAS REALLY ▇▇▇▇▇▇▇ UNTIL LATER.  AGENT NOTE: IT SHOULD BE NOTED THAT▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇
▇▇▇▇▇▇▇▇▇ ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. END AGENT NOTE.

(U/LES)  AGENTS ASKED MALIK WHO HE WAS STAYING WITH IN 2003 AND MALIK REPLIED
THAT HE WAS STAYING WITH HIS WIFE. AGENTS ASKED MALIK IF HE WAS STAYING WITH
ANYONE ELSE BESIDES HIS WIFE AND MALIK ANSWERED THAT HE HAD LIVED WITH AN
INDIVIDUAL NAMED ▇▇▇▇▇ FOR 2 TO 3 MONTHS BEFORE HE DECIDED TO MOVE OUT
AFTER A DISPUTE.  WHEN ASKED WHAT THE DISPUTE HAD BEEN OVER, MALIK REPLIED THAT
HE COULD NOT RECALL.

(U/LES)  MALIK WAS ASKED HOW HE HAD MET ▇▇▇▇ AND STATED THAT HE MET ▇▇▇▇
IN
2003 WHEN ▇▇▇▇ BROUGHT HIS WIFE TO HIM FOR KORANIC HEALING TO EXPEL EVIL
SPIRITS.  MALIK GOES ON TO ASSERT AND EXPLAIN WHAT A FAMOUS HEALER HE WAS IN
SOMALIA, AND HOW HE HAD TO LEAVE HIS HOUSE IN DISGUISE TO AVOID BEING MOBBED BY
CROWDS.

(U/LES)  AGENTS ASKED MALIK IF HE LIVED WITH ANYONE ELSE AFTER MOVING OUT OF
▇▇▇▇S RESIDENCE AND MALIK REPLIED NO. MALIK WAS THEN ASKED IF HE HAS EVER
LIVED WITH AN INDIVIDUAL BY THE NAME OF ▇▇▇▇▇.  MALIK ANSWERED THAT "▇
▇▇▇" IS A NICKNAME THAT SIMPLY MEANS A PERSON IS FROM SUDAN AND THAT HE WOULD
NEED MORE INFORMATION TO ANSWER THAT QUESTION.  AGENTS RESTATED THE QUESTION AND
ASKED IF MALIK HAS EVER LIVED WITH AN INDIVIDUAL NAMED ▇▇▇▇▇▇▇.
MALIK STATED THAT HE HAS NOT.  AGENT NOTE: EARLIER, AGENTS HAD ASKED THE SAME
QUESTION OF MALIK IN REFERENCE TO AN UNMARKED PHOTOGRAPH OF ▇▇▇▇▇, AND
RECEIVED THE SAME NEGATIVE RESPONSE. END AGENT NOTE.

(U/LES)  AGENT 2 ASKED MALIK IF HE SUPPORTS JIHAD.  MALIK RETORTED THAT ALL
MUSLIMS BELIEVE IN PERSONAL JIHAD AS A MEANS FOR SELF-IMPROVEMENT.  AGENT 2
REPHRASED THE QUESTION AND ASKED MALIK IF HE SUPPORTED JIHAD FOR THE KILLING OF
INNOCENT PEOPLE AND MALIK REPLIED THAT HE DOES NOT.

(U/LES)  AGENTS AGAIN ASKED MALIK ABOUT HIS PREVIOUS ADMISSIONS OF COMPLICITY IN
THE 2002 ATTACKS AND MALIK REPLIED THAT ANY INFORMATION HE HAD GIVEN AT THE TIME
OF HIS CAPTURE WAS GIVEN UNDER DURESS AND AS A RESULT OF PHYSICAL THREATS BY THE
KENYAN AUTHORITIES.  MALIK ADDED THAT HE HAS BEEN TOLD BY FELLOW DETAINEES THAT
"THE WORST IS OVER" AND THAT HE DOES NOT HAVE TO WORRY ABOUT THE INTERVIEWS
HERE.  AGENT NOTE: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ END AGENT
NOTE.

(U/LES)  MALIK WAS ASKED BY AGENTS IF HE HAS EVER LIVED WITH AN INDIVIDUAL
NAMED
████.  MALIK REPLIED THAT HE DOES KNOW A ████, THAT HE MET HIM AT A MOSQUE
IN
MOGADISHU, BUT THAT HE HAS NEVER LIVED WITH THIS INDIVIDUAL.  WHEN PRESSED
FOR
ADDITIONAL DETAILS ABOUT ████, MALIK EXPLAINED THAT ████ IS FRIENDS WITH
████
AND THAT ████ HAD SPENT SOME TIME AT MALIK'S RESIDENCE BACK IN 2005.  MALIK
GOES ON TO EXPLAIN THAT HE HAD $5000 IN HIS POSSESSION AT THE TIME OF HIS
CAPTURE WHICH HAD BEEN WIRED TO HIM BY ████, A BRITISH CITIZEN, WHO HAD
GOTTEN
IT FROM "████", A BRITISH CITIZEN ORIGINALLY FROM ETHIOPIA, WHOSE WIFE HAD
RECEIVED KORANIC HEALING FROM MALIK IN MOGADISHU IN 2005.  MALIK STATED THAT
´7
TO 8 INDIVIDUALS FROM THE UK HAD COME TO SOMALIA IN 2005 TO STAY WITH HIM TO
EXPERIENCE LIVING IN A PEACEFUL ISLAMIC STATE.  MALIK COULD NOT RECALL THE
NAMES
OF MOST OF THESE INDIVIDUALS BUT STATED THAT ONE OF THESE INDIVIDUALS, ████,
A
FRIEND OF ████ THE ETHIOPIAN, HAD RETURNED TO THE UK AND HAD WIRED HIM $5000
AT
████'S REQUEST.  MALIK EXPLAINED THAT THE MONEY WAS FOR HIM TO EMIGRATE TO
THE
UNITED KINGDOM (UK), BUT THAT MALIK NEVER WENT TO THE UK BECAUSE HE HAD HEARD
THAT "EUROPE WAS NOT GOOD", SO INSTEAD HE WAS PREPARING TO GO TO SOUTH
AFRICA,
WHERE WORK WAS EASIER TO FIND, WHEN HE WAS CAPTURED.

████    TO FILL AN IDENTIFIED INTELLIGENCE GAP, MALIK WAS ASKED IF ████ OR
████ LNU EVER WENT BY ANY OTHER NAMES.  MALIK REPLIED THAT HE DOES NOT
KNOW.
AGENTS ASKED IF MALIK WAS ACQUAINTED WITH AN INDIVIDUAL NAMED ████████
████████████████████████████████████████.  MALIK
REPLIED THAT ████████ IS THE NAME OF HIS WIFE'S BROTHER WHO LIVES IN DUBAI.
HOWEVER, ACCORDING TO MALIK, NEITHER ████ NOR ████ LNU EVER WENT BY THE
NAME
████████

(U/LES)  AGENTS ASKED MALIK IF HE EVER ATTENDED A TRAINING CAMP AT RAAS
KAAMBOONI, SOMALIA IN 1996.  MALIK STATED THAT HE LIVED AND WORKED IN RAAS
KAAMBONI BACK IN 1995 TO 1996 BUT THAT HE NEVER RECEIVED ANY "MILITARY
TRAINING"
THERE AND ONLY LEARNED HOW TO USE A AK-47 AND A PISTOL FOR SELF-DEFENSE AND
HUNTING PURPOSES FROM SOME LOCALS.  ACCORDING TO MALIK, THERE WERE NO ARABS
AT
RAAS KAAMBONI OR ANY TYPES OF EXPLOSIVES TRAINING.

(U/LES)  MALIK WAS ASKED WHAT HE DID IN RAAS KAAMBONI AND ANSWERED THAT HE
WORKED THERE AS A LABORER AND THEN STARTED TO ROVE ALL OVER SOMALIA LOOKING
FOR
WORK AND SEARCHING FOR THE MEANING OF LIFE.

████    TO FILL AN IDENTIFIED INTELLIGENCE GAP, AGENTS ASKED MALIK IF HE ENTERED
YEMEN IN 1998.  MALIK ADMITTED THAT HE TOOK A COMMERCIAL BOAT FROM BOSASO,

SOMALIA TO YEMEN IN 1998 AND TRIED TO SNEAK INTO SAUDI ARABIA TO FIND WORK
BUT
WAS CAUGHT IN YEMEN AND IMPRISONED FOR 1-2 WEEKS BEFORE BEING SENT BACK TO
SOMALIA.  MALIK ADVISED THAT HE DID NOT HAVE ANY SPECIFIC DESTINATION IN MIND
OR
ANY CONTACTS IN THE MIDDLE EAST THAT HE WAS TRYING TO LINK UP WITH AND WAS
SIMPLY TRYING TO SNEAK INTO SAUDI ARABIA VIA YEMEN TO FIND SOME TEMPORARY
WORK.
MALIK USED THE ANALOGY THAT HE WAS TRYING TO "DO WHAT THE MEXICANS DO IN THE
US".  AGENT NOTE: MALIK TOLD HIS DOD INTERROGATORS IN AN INTERVIEW IN APRIL
2007
THAT HE HAD TRIED TO ENTER YEMEN IN 1998 BUT WAS TURNED BACK BEFORE REACHING
THE
COUNTRY.  EARLIER, HE HAD TOLD HIS ████████████████      THAT HE HAD ENTERED
YEMEN FOR 5 DAYS BEFORE HE WAS CAUGHT AND SENT BACK TO SOMALIA.  AGENTS ████
████████████ ███████                       █.  END AGENT NOTE.

(U/LES)  MALIK WAS ASKED IF HE HAD ANY KNOWLEDGE OF THE 1998 EMBASSY BOMBINGS
IN
KENYA AND REPLIED THAT HE ONLY KNOWS WHAT HE HAS HEARD IN THE NEWS.  MALIK
ADDED
THAT HE LEFT KENYA FOR SOMALIA IN 1996, AND DID NOT RETURN TO KENYA UNTIL
2006,
EXCEPT FOR A BRIEF ONE-MONTH VISIT TO SEE HIS FAMILY BACK IN 2000, AND
THEREFORE
HAS NO KNOWLEDGE OR INVOLVEMENT IN THE 1998 BOMBING.

(U/LES)  MALIK WAS ASKED IF HE KNOWS ████ ████████  AND REPLIED THAT HE HAS
SEEN
HIM ON TV AND IN THE NEWSPAPERS BEFORE BUT DOES NOT KNOW HIM PERSONALLY.

(U/LES)  LASTLY, AGENTS ASKED MALIK IF HE WOULD BE AMENABLE TO FUTURE
INTERVIEWS
WITH THE FBI.  AT FIRST, MALIK STATED THAT HE DOES NOT WANT TO GO OVER THE
SAME
MATERIAL A SECOND TIME, BUT AGREED TO SUBSEQUENT INTERVIEWS AFTER AGENTS
████████████ ████████ ████████
████████.  MALIK EVEN OFFERED TO SHAKE BOTH AGENTS' HANDS.  AGENT NOTE:
DURING
THE HANDSHAKE, AGENTS ████████████████████████████████████████████████████.
END
AGENT NOTE.

3. ████████ COLLECTORS COMMENTS:
4. (U) POC FOR THIS MEMORANDUM IS ████████████  JTF GTMO.

SIR#20093

SECRET//NOFORN

S2 ███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK, <br><br> Petitioner, <br><br> v. <br><br> BARACK H. OBAMA, *et al.*, <br><br> Respondents. | Civil Action No. 08-1440 (CKK) |

S2 ████████████████

S2 ███████████



SERIAL: ███

COUNTRY: ███ COMOROS (CN); ETHIOPIA (ET); KENYA (KE); PAKISTAN (PK); SOMALIA
(SO); SUDAN (SU); UNITED KINGDOM (UK); YEMEN (YM).

IPSP: ███ ███

SUBJ: ███ ███
███ ███ ███-10025 ABDUL MALIK ((BAJABU)) ███
███

WARNING: ███ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE.
███

-------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
-------------------------------------------------------------
DOI: ███ ███

REQS: ███
███

SOURCE: ███            ███            ███
███
███                              ███
███        ███
███

SUMMARY: ███            ███
███

███        ███    ███

TEXT: 1. ███            ███    ███
███

███                    ███
███
███
███    ███
███    ███    ███
███





4B. ████ ABDUL MALIK BAJABU. ████ 10025,
ABDUL MALIK ((BAJABU)) AKA ABD AL-JABBAR

COMMENTS:



UNCLASSIFIED//FOR PUBLIC RELEASE

S2 

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>Respondents. | Civil Action No. 08-1440 (CKK) |

S2

UNCLASSIFIED//FOR PUBLIC RELEASE



SERIAL: S2 S2 ▇▇▇▇▇▇

COUNTRY: S2 ETHIOPIA (ET); SOMALIA (SO).

IPSP: S2 S2 ▇▇▇▇▇▇

SUBJ: S2 ▇▇▇▇▇ S2 ▇▇▇▇
S2 ▇▇▇▇▇ S2

WARNING: S2 THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
S2 ▇▇▇▇

----------------------------------------------------------------
DEPARTMENT OF DEFENSE
----------------------------------------------------------------

DOI: S2 S2 ▇▇▇

REQS: S2 ▇▇▇▇▇
S2 ▇▇▇▇▇

SOURCE: S2 ▇▇▇▇ S2 ▇-010025// S1
S1 ▇▇▇▇ S1
S1 ▇▇▇▇ S1 S5
S1 S5 ▇▇▇ S1 ▇▇▇

SUMMARY: S2 ▇▇▇ S1 S2 S6 ▇▇▇
S1 S2 S6 ▇▇▇▇

S2 ▇▇▇

TEXT: 1. S2 ▇▇▇ S1 S6 ▇▇▇
1A. S2 ▇ S1 S6 ▇▇
S1 S6 ▇▇▇▇

S1 S6 ▇▇ S3 ▇▇ S1 S6 ▇▇
S1 S6
S1 S6 S2 S1 S6 ▇▇
S1 S6
S1 S6 S3 ▇▇▇ S1 S6 ▇▇
S1 S6

1B. S2 ▇ S1 S6 ▇▇
S1 S6 ▇▇ S3 ▇▇ S1 S6 ▇▇

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

S2

S2

UNCLASSIFIED//FOR PUBLIC RELEASE

 S2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

    Petitioner,

    v.

BARACK H. OBAMA, *et al.*,

    Respondents.

Civil Action No. 08-1440 (CKK)

S2

S2



SERIAL: ██ ██

COUNTRY: ██ AFGHANISTAN (AF); KENYA (KE); SOMALIA (SO).

IPSP: ██ ██

SUBJ: ██ ██ - ██
██ ██

WARNING: ██ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
██

-------------------------------------------------------------------

                    DEPARTMENT OF DEFENSE
-------------------------------------------------------------------

DOI: ██ ██

REQS: ██ ██
██

SOURCE: ██
██                        -010025 ██
██
██
██ ██                                    ██ ██
██ ██

SUMMARY: ██                    ██
██
██

██                                        ██

TEXT: 1. ██        ██
██        ██ ██
██
██ ██
██ ██





UNCLASSIFIED//FOR PUBLIC RELEASE

S2 S3



S2

S2
S1 S6                                        S2      S2
S2
S2



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)



SERIAL: S2 S2 ▇▇▇▇▇▇▇

COUNTRY: S2 KENYA (KE); PAKISTAN (PK); SOMALIA (SO); UNITED KINGDOM (UK).

IPSP: S2 S2 ▇▇▇▇▇▇▇

SUBJ: S2 ▇▇▇▇▇▇▇▇ S2 ▇▇▇▇▇▇▇ S2  S2
S2 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
S2

WARNING: S2  THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT S2 ▇▇▇▇▇▇▇

-----------------------------------------------------------
DEPARTMENT OF DEFENSE
-----------------------------------------------------------

DOI: S2 S2 ▇▇▇▇▇

REQS: S2 ▇▇▇▇▇▇▇
S2 ▇▇▇▇▇

SOURCE: S2 ▇▇▇▇▇▇ S2 ▇▇ 010025//ABDUL MALIK ((BAJABU)) S1
S1 ▇▇▇▇▇▇▇▇▇▇▇ S1
S1 ▇▇▇▇▇▇▇▇▇▇▇
S1 ▇▇▇▇▇▇▇▇▇▇▇
S1 S5 ▇▇▇ S1 S5 ▇▇▇ S1 S5 ▇▇▇
S1 S5 ▇▇▇

SUMMARY: S2 ▇▇▇▇ S1 S6 ▇▇▇▇
S1 S6 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

TEXT: 1. S2 ▇▇▇▇ S1 S2 ▇▇▇▇ S1 S6 ▇▇▇
S1 S6 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
S1 S6 ▇▇▇▇ S1 ▇▇▇▇▇▇▇
S1 ▇▇ S1 ▇▇▇▇▇
S1 ▇▇▇▇ S1 ▇▇▇▇
S1 ▇▇
2. S2 ▇▇ S1 S2 ▇▇▇ S1 S2 ▇▇
S1 S2 ▇▇▇ S1 S6 ▇▇▇
S1 S6 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
S1 S6 ▇▇▇ S1 ▇▇▇
S1 ▇▇
3. S2 ▇▇▇ S1
3A. S2 ▇▇▇ S1 S6 ▇▇▇▇





███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

"Abdullah Muhammad Fazul," in Combating Terrorism
Center at West Point, *Al-Qaida's (mis)Adventures in the
Horn of Africa, available at* http://ctc.usma.edu/aq/aqII.asp;

███████████

# AL-QAIDA'S
## (MIS)ADVENTURES IN THE
# HORN OF AFRICA









# HARMONY PROJECT
## COMBATING TERRORISM CENTER
### AT WEST POINT

# Foreword

*The United States will continue to lead an expansive international effort in pursuit of a two-pronged vision: 1) The defeat of violent extremism as a threat to our way of life as a free and open society; and 2) The creation of a global environment inhospitable to violent extremists and all who support them.[1]*
— President Bush September 2006

In February 2006, the Combating Terrorism Center released *Harmony and Disharmony: Exploiting al-Qa'ida's Organizational Vulnerabilities*. Its authors analyzed declassified internal al-Qa'ida documents captured during operations in support of the Global War on Terror and maintained on the Department of Defense's Harmony Database. These declassified documents, which are corroborated by multiple open source materials, provide evidence that al-Qa'ida struggles with many of the same issues and challenges that all organizations in the private and public sectors confront. The Combating Terrorism Center recommended that effective strategies to defeat al-Qa'ida and likeminded groups should include measures that leverage and heighten their dysfunctional structure, competition, and behavior.

In *Al-Qa'ida's (Mis)Adventures in the Horn of Africa*, the Combating Terrorism Center's team of area experts and terrorism scholars analyzed al-Qa'ida's attempts to establish bases of operations and recruit followers in the Horn of Africa. According to a new set of recently declassified documents from the Harmony Database, al-Qa'ida operatives encountered significant problems as they ventured into the foreign lands of the Horn. The environment was far more inhospitable than they anticipated. The same conditions that make it difficult, or in many cases impossible, for state authorities to exert control in this region—poor infrastructure, scarce resources, competition with tribal and other local authority structures—were significant problems for al-Qa'ida as well.

The theories and case evidence presented in this report indicate that the second part of the President's vision—creating a global environment inhospitable to extremists and their supporters—can be well served by recognizing, understanding, and reinforcing local and regional suspicions and often outright hostility to an unknown group of foreign, religious extremists. As the report's authors argue, we should neither assume that al-Qa'ida's members are any more adept at operating in foreign countries than we are nor should we inflate the appeal of their rhetoric or the resonance of their extremist ideology. In Africa, the U.S. and al-Qa'ida are in an ideological struggle and experience similar advantages and disadvantages; however, the U.S. has more (but not unlimited) resources and options at its disposal. The key is to efficiently apply these resources in a manner that is appropriate, sustainable, and does not strengthen al-Qa'ida's appeal. Crucial to this effort is a low-to-invisible American profile in the region. The report's specific recommendations—informed by al-Qa'ida's internal deliberations and formulated by counterterrorism practitioners and area experts—are a major contribution to this end.

---

[1] *National Security Strategy for Combating Terrorism*, September 2006; http://www.whitehouse.gov/nsc/nsct/2006/

Sun Tzu warns that, "He who attempts to defend everywhere defends nowhere"; yet this is largely the challenge that confronts us in our current worldwide struggle against radical Islamist Jihadis. This report draws on the lessons learned from al-Qa'ida's experiences in the Horn to focus U.S. resources on those areas with the largest payoff in order to more efficiently allocate our scarce resources so that this country can sustain this generational struggle.

WAYNE A. DOWNING
General, U.S. Army (retired)
Distinguished Chair
Combating Terrorism Center
U.S. Military Academy

*The views expressed in this report are those of the authors and not of the U.S. Military Academy, the Department of the Army or any other agency of the U.S. Government.*

## Executive Summary

During the early 1990s, al-Qa'ida was beginning to coalesce as an organization, honing its operational techniques and dealing with its first internal conflicts. Its private deliberations during this period are revealed by a trove of documents captured in the course of operations supporting the Global War on Terror and maintained in the Department of Defense's Harmony Database. *Al-Qa'ida's (Mis)Adventures in the Horn of Africa,* by the Combating Terrorism Center (CTC) at West Point, draws on recently declassified Harmony documents, predominately from the 1992-1994 time period, original field work by CTC personnel and careful country studies to enrich our understanding of the terrorist group's early successes and failures in the Horn of Africa.

The Horn provides the backdrop for an intriguing tale of al-Qa'ida's first efforts to expand beyond Afghanistan and Sudan. As recounted by its leaders and operatives, al-Qa'ida's efforts to establish a presence in this region and use it as a base for attacks against Western targets elsewhere were largely a failure. Conventional wisdom suggests that Somalia, a failed state, would be an ideal safe haven for al-Qa'ida. Our analysis, however, indicates that weakly governed regions such as coastal Kenya, not failed states like Somalia, provide an environment more conducive to al-Qa'ida's activities. In Somalia, al-Qa'ida's members fell victim to many of the same challenges that plague Western interventions in the Horn. They were prone to extortion and betrayal, found themselves trapped in the middle of incomprehensible (to them) clan conflicts, faced suspicion from the indigenous population, had to overcome significant logistical constraints and were subject to the constant risk of Western military interdiction.

In Kenya, by contrast, the state's poor governance, combined with relative stability and basic infrastructure, created a potential base area from which to support operations in more unstable regions like Somalia and a favorable operational environment to attack lucrative targets within Kenya. More importantly, outside military forces could not conduct operations because of Kenyan sovereignty, yet the state had little ability to interdict the terror group's actions or effectively police its activities. Evidence from Harmony, open sources and recent in-country interviews support these conclusions. Based on this analysis, we believe coastal Kenya is the decisive arena in the fight against al-Qa'ida and associated movements in the Horn. More generally, our analysis shows that weakly governed states–not failed ones–provide the optimal operational environment for al-Qa'ida and similar terrorist organizations.

This report assesses al-Qa'ida's operations in the Horn of Africa using a similar approach to *Harmony and Disharmony: Exploiting al-Qa'ida's Organizational Vulnerabilities,* the CTC's first report based on the Harmony documents. We identify the organizational challenges al-Qa'ida faced in managing the jihad in the Horn. We also examine the individual motivations of the Somali clans and people that largely resisted al-Qa'ida's recruitment efforts in the region. Our most important new finding is that al-Qa'ida failed to gain traction in Somalia in the early 1990s because: (1) its members were perceived as foreigners; (2) it significantly underestimated the costs of operating in a failed state environment; and (3) its African vanguard did not understand the salience of

either local power structures or local Islamic traditions. In a region dominated by clan-based authority structures and moderate Sufi Islam, the benefits of joining a foreign Salafi terrorist organization paled next to the costs of leaving one's clan.

After reviewing al-Qa'ida's Horn operations from a theoretical standpoint, we analyze al-Qa'ida's prospects in two key Horn countries: Somalia and Kenya. The nations composing the Horn of Africa are often aggregated into one overall counterterrorism strategy. However, each Horn country and even sub-regions within these countries present a unique set of socioeconomic, political and religious factors that create specific challenges and opportunities to both al-Qa'ida and to counterterrorism forces. Effective and efficient counterterrorism efforts in the Horn require tailored strategies that exacerbate the endemic challenges that al-Qa'ida encounters in this inhospitable region and minimize friendly government vulnerabilities.

We conclude this study by identifying concepts and techniques that may be applicable in other regions based upon al-Qa'ida's experiences in the Horn. Our primary conclusion is that the U.S. and its coalition partners should prioritize counterterrorism efforts on weak states–not failed ones. Both types of states demand attention but require different policy solutions. Effective and sustainable counterterrorism in failed states requires engaging with sub-state authorities to give them the means and the motivation to resist foreign intrusion. In weak states, successful counterterrorism policies must address core institutional and governance problems that render such states unable or unwilling to fully deal with the threat. Perversely, U.S. support to state and local counterterrorism efforts can create incentives to tolerate low levels of terrorism, a problem best addressed by conditioning aid on counterterrorism effort rather than on the presence of a threat.

To ensure Somalia remains an inhospitable location for foreign terrorists, we suggest four principles that should guide counterterrorism policy: (1) prevent the creation of a Somali state based on jihadi ideology, in part by leveraging the divisions between Somalis and foreign jihadis created by differences in Islamic ideology; (2) selectively empower local authority structures; (3) publicize the elitist nature of al-Qa'ida fighters and their disrespect for Somalis; and (4) maintain the capacity to interdict high value al-Qa'ida targets and provide humanitarian support, but minimize foreign military presence on the ground in the region.

In the past, al-Qa'ida has sought to draw the U.S. into entanglements where it can bleed the U.S.'s military and economic resources. In Somalia, al-Qa'ida encountered an entanglement of its own. Policy makers must understand how places like Somalia–where al-Qa'ida became plagued by clan conflicts and excessive operational costs–provide opportunities to employ an economy-of-force strategy whereby U.S. forces contain and monitor al-Qa'ida. This graduated containment approach to dealing with Somalia and other failed states would build rings of security around the failed state through diplomatic engagement with nation-states and local authority structures, increased military capability within states and economic development.

To reduce the attractiveness of Kenya as a venue for terrorist activity, U.S. policy should seek to implement the following measures: (1) focus on coastal Kenya where al-Qa'ida finds a Muslim populace that is distrustful of the central government and is tolerant of al-Qa'ida's ideology; (2) use targeted aid to raise al-Qa'ida's operating costs in at-risk areas; (3) support non-governmental organizations and inter-governmental organizations promoting democratic values among Muslim political parties and candidates in order to provide an ideological counter-weight to jihadi appeals; (4) subsidize efforts to address non-terrorism concerns, such as property crime and poor health care, in order to bolster government legitimacy and increase citizens' willingness to work with government on security issues; and (5) realign counterterrorism funding such that it increases state capacity without creating incentives for the Kenyan government to tolerate low levels of terrorism.

Given the Horn of Africa's history as a venue for terrorist attacks, and its potential value as a base area for jihadi operations, continued vigilance is required. By focusing efforts on weak states, working through local allies at the lowest possible level and supporting institutional reforms that eliminate incentives to tolerate low levels of terrorism, policy makers can efficiently ensure a greater threat does not develop in this important region.

Part II of the report provides summaries and full English translations of the twenty-seven recently declassified Harmony documents used in the study. The translated documents and the complete, un-translated originals are accessible at http://www.ctc.usma.edu/aq.asp. Key authors of these Harmony documents and terrorist groups operating in the Horn are profiled in the Appendices.

Work for this project contributes to the CTC's mission to prepare current and future leaders to better understand and respond to the terrorist threats facing our nation. As part of the Department of Social Sciences at the U.S. Military Academy, research conducted by the CTC faculty and staff is integrated into the Academy's curriculum and supports outreach efforts to inform military and civilian leaders engaged in formulating and executing counterterrorism policies. Please direct specific questions on this report or the CTC's Harmony Project in general to Clint Watts, CTC Executive Officer, or LTC Joe Felter, CTC Director. They can be reached by email at clinton.watts@usma.edu, or phone: 845-938-8495.

*The views expressed in this report are those of the authors and not of the U.S. Military Academy, the Department of the Army, or any other agency of the U.S. Government.*

vi

# TABLE OF CONTENTS

Executive Summary                                                                      i

Foreword                                                                              iii

## Part I

1. Introduction: al-Qa'ida's Operational Plan in the Horn of Africa                    1

2. Theoretical Framework: The Challenges of Weak and Failed States                     9

3. Case Study: Somalia                                                                29

4. Case Study: Kenya                                                                   47

5. Conclusion: Key Issues and Policy Recommendations                                  63

## Appendices to Part I

Appendix A: Case studies of regional terrorist groups                                 75
    I.     Al-Ittihad al-Islami (AIAI)                             77
    II.    Eritrean Islamic Jihad (EJIM)                            83

Appendix B: Cast of Characters from the Horn of Africa                                87
    I.     Abdullah Muhammed Fazul                                89
    II.    Abu Hafs al-Masri                                       107
    III.   Sheikh Hassan Dahir Aweys                               113
    IV.   Saif al-Adel                                            119
    IV.   Lesser Members/Affiliates of al-Qa'ida                   131
        a.  Aden Hashi Fara Ayro
        b.  Gouled Hasan Dourad
        c.  Abu Talha al-Sudani

Appendix C: Notes and Interviews from Kenya                                           135
    I:     Notes on Ras Kiamboni                                  137
    II:    Sample of Kenyan Muslim views                          143
    III:   Confession of Omar Said Omar                           147
    IV:   Written Statement of Mombasa Muslim Leaders             169

## Part II

Introduction to the Harmony Database and Ongoing Efforts                              173

Harmony Document List and Summaries                                                   175

## I. Abdullah Muhammad Fazul



### Childhood and Adolescence[1]

     Abdullah Muhammad Fazul Husseine Mullah Ati[2] (Arabic: عبد الله محمد فاضل حسين ملا اتي) was born in the district of Magoudjou[3] in the town of Moroni, the capital city of Grande Comore, the largest of the four[4] Comoros Islands, a tiny former French colony off the northeastern coast of Mozambique. Though he has used February 25, 1974 and December 25, 1974 as dates of birth on various documents, it is likely that his true date of birth is August 25, 1972, a date also used in some documents.[5] He was the youngest of six children, and his parents separated during his infancy over his father's decision to take a second wife. Not long after in 1975, the Comoros declared its independence from France, and it has been politically and economically unstable ever since. There have been no fewer than nineteen coups or attempted coups on the islands since independence, and lacking any natural resources or industries, the tiny nation is extremely poor.[6] There are no post-secondary educational institutions on the islands, and all who would seek higher learning must do so overseas.

---

[1] The following sketch of Fazul's early life is based on information derived from these sources: Hirschkorn, "Elusive Al Qaeda Operative"; McNeil, "Assests of a Bombing Suspect"; "On the Trail of Man Wanted for Bomb Blast"; Vick, "FBI Trails Embassy Bombing Suspect"; "What Turns a Boy into a Terrorist?"

[2] Name at birth from wanted poster here: http://www.rewardsforjustice.net/english/index.cfm?page=Fazul. In the autobiographical document described in "On the Trail of Man Wanted for Bomb Blast," Fazul gives his name at the beginning of the document as follows: "Abdullah Muhammad, a.k.a. `Ali Fadil Husayn Mulla Ati, a.k.a. Harun Fazul."

[3] "On the Trail of Man Wanted for Bomb Blast." *The Nation* (Nairobi), May 13, 2006.

[4] In addition to the three islands under its current jursidiction, the Comoran government lays claim to the island of Mayotte, though the latter is currently a French overseas territory.

[5] Hirschkorn, "Elusive." His current age is almost invariably cited in media reports in accordance with the '72 birthdate – e.g., recent reporting (early 2007) on Fazul gives his age as being 34. When referring to his early life, however, different writers give different ages for significant events – thus, different sources give his age when first travelling to Pakistan as somewhere between 14 and 18, with a plurality of sources citing 16. This variance is probably due to the different dates of birth used by Fazul in various documents.

[6] "Comoros," *C.I.A. World Factbook*, < https://www.cia.gov/cia/publications/factbook/print/cn.html> Accessed 20 February 2007.

In relative terms, Fazul's family appear to have been among the small middle class of Moroni. One of Fazul's sisters owned a clothing shop on Magoudjou Street in Moroni and his uncle Sagaff Abdullah had a mattress shop on the same street, opposite the largest hospital in the Comoros. Fazul's father was a well-known and respected preacher in the islands. Several of the members of Fazul's father's family moved to Pakistan in the 1970s; such a move would have been far beyond the means of most of the islands' inhabitants. The Moroni home of Fazul's late mother (d. 1997), where Fazul lived during his childhood, is described as "a sizable masonry home in a neighborhood where other houses are made of galvanized tin or palm leaves."[7]  In a home video taken when Fazul was fifteen years old, one can see that he and the other people in the video are well-dressed – Harun wears slacks and a button-up shirt – and that the home is well-appointed; women and men are visible mingling together at the gathering, and none of the women wear any kind of head covering.[8]  This provides some indication that the maternal branch of Fazul's immediate family was Islamically liberal, which is true of the majority of Comoran Muslims.[9]

Fazul had close and enduring relationships with his family, with the exception of his father; interviewed at his apartment in central Moroni in 1998, his father claimed to have rarely seen his son since childhood.[10]  Throughout his adult life, Fazul made frequent trips home to visit with his mother's family as well as that of his father-in-law, who is Fazul's paternal uncle. Fazul wrote letters to his family as well, and in at least one letter to his brother Omar, who is five years older, he frankly discussed his turn to Islamist terrorism. In 1996, Fazul paid for his mother to be flown to Paris for cancer treatment; on the very day of the embassy bombings, 7 August 1998, Fazul arranged for his father-in-law to be flown from a hospital in Nairobi back to Moroni.[11]  Despite the fact that he has constantly been on the move since joining al-Qa'ida, Fazul has managed to keep his wife and children with him for much of the time.

As a child and young teen, Fazul appears by all accounts to have been precocious but otherwise normal. He played soccer and the flute, enjoyed dancing to popular music – several people remembered him dancing like Michael Jackson – and liked to show off his prowess at twirling around kung fu fighting sticks. When playing with others he

---

[7] Vick, "FBI Trails."

[8] "What Turns a Boy Into a Terrorist?"

[9] The Comoros Islands are 98% Sunni Muslim, though it is common to see women in public there without any head coverings. Qat and alcohol are available in shops, and Islamist parties have consistently done miserably at the polls in the elections that have punctuated the many Comoran coups. Local people interviewed about Fazul generally view him as a villain, and the traditional Muslim leadership there has expressed alarm and disapproval at the Saudi-funded incursion of Wahhabism there. The islands' grand mufti stated in 1998, referring to Hassan al-Turabi's National Islamic Front, which had offered "scholarships" to Comorans for study at madarasas abroad since the mid-1980s, "We are openly against this organization. They are looking for people who are not well in the mind, who are poor, who need new visions" (Vick, "FBI Trails Embassy Bombing Suspect").

[10] Vick, "FBI Trails Embassy Bombing Suspect."

[11] Fazul's father-in-law died soon thereafter; already in the late stages of a terminal illness, he died of injuries sustained when Comoran police tipped him out of his bed during a search following the embassy bombings.

sometimes pretended to be James Bond. In other words, he was exposed to and enjoyed the kind of Western cultural productions that are anathema to Salafis.

Fazul received a traditional Islamic education in his early years. At the age of four he began basic Qur'an studies with an uncle and at seven began attending the madrasa of Fundi[12] Twawilou Abdulfateh. By age 9 he had memorized much of the Qur'an and began in this year to appear on Radio Comoros, reading instructions on prayer and other Islamic matters prepared by his Qur'an teacher. At 13, he began to read instructions and advice on the radio that he prepared himself. By this point, Fazul had learned Swahili, Comorian (related to Swahili), French and Arabic, and had had a good deal of exposure to English as well. As an adult he would become fluent in all of these tongues.

His first madrasa teacher, Fundi Twawilou, remembers Fazul fondly, recalling that he was exceptionally bright; Fazul was two levels ahead of one of his sisters, though she was the elder by several years. But Fundi Twawilou also saw the beginnings of Fazul's propensity for violence. He recalls that Fazul often had bouts of rage; he would pick fights with older boys on the soccer field, and sometimes administered his own corporal punishment to classmates for mistakes in reciting the Qur'an, slamming them down in their chairs. At the local French-language public school, Fazul was expelled for striking his French teacher. At age 11, he cut the ear of one of Fundi Twawilou's charges for making a mistake in Qur'an recitation and the teacher asked Fazul to leave the school.[13]

At this point, Fazul began attending the classes of an older teacher, Fundi Muhammad Ali, who remembers Fazul as "brilliant, respectful to others, deeply religious and very calm."[14] Friends who knew him in these years generally corroborate this view. One former schoolmate recalls that Fazul was "a bit reserved. In fact, a recluse of sorts. Only arguments on matters of religion seemed to interest him. Then he could argue with heated passion."[15] Another former classmate and congregant at the same mosque that Fazul frequented remembers his unusual intelligence and breadth of knowledge – he said that Fazul "knew more than the average Comoran boy," and that he "was always quoting this or that philosopher or religious leader" – but also his bitterness about the tumultuous politics of the islands. Saying that Fazul was an "unhappy young man who was always complaining," this person remembers Fazul as being a fierce critic of the French and of the founding president of the independent Comoros, Ahmed Abdullah.[16] This angry

---

[12] "Fundi" is Swahili for a skilled person, expert, or teacher, in this instance roughly equivalent to the Arabic "sheikh."

[13] McNeil, "Assests of a Bombing Suspect." Elsewhere in the same article McNeil describes this event in slightly different terms; he calls Fazul a "brilliant student of the Koran who was thrown out of religious school for caning a lazy pupil hard enough to draw blood."

[14] Ibid.

[15] "On the Trail of Man Wanted for Bomb Blast."

[16] Ibid.

interest in domestic politics is evident in the letter that Fazul wrote to his brother Omar in 1991.[17]

## Radicalization

Though clearly religious in childhood, there are no indications that Fazul held radical or even particularly conservative beliefs up to this point.[18]  This definitely changed, however, when Fazul, at age 16, left the tutelage of Fundi Muhammad Ali for that of Soidiki M'Bapandza, the islands' most prominent Salafi/Wahhabi sheikh.  Fundi Soidiki, who was once a leader of an Islamist opposition party in the Comoros, runs a number of madrasas in the Hadoudja district of Moroni that teach a Saudi-designed curriculum in place of the government-approved curriculum taught at the other Comoran madrasas.  Unlike the other madrasas, at Soidiki's school the sexes are strictly segregated and girls must fully cover their heads.  The local Muslim establishment expresses suspicion about Soidiki and his school; he and his students do not attend the public mosques or join the wider community in religious festivals, and it is well known on the islands that he is supported by Saudi money.  In fact, soon after Fazul enrolled in Soidiki's school it began to receive financing from the al-Haramayn Foundation,[19] an organization which was functionally an extension of al-Qa'ida, and one with which Fazul would work closely on a number of occasions in his subsequent career as an al-Qa'ida operative.  This was one of the earliest financing ventures of the organization outside of South Asia, and began even before al-Haramayn moved its headquarters from Karachi to Riyadh in 1992.

Fazul apparently spent two years studying with Soidiki.  His future wife also studied at the school, though on account of their age difference they did not attend the madrasa at the same time.  At age 18, at the end of his course of study with Soidiki, Fazul received a scholarship to study abroad.  It may be that this money came from al-Haramayn, though a Comoran official and members of Fazul's family told one reporter in 1998 that the money had come from a Sudanese group called *al-Jabha*, or "The Front," which is very likely none other than the National Islamic Front (*al-Jabha al-Islamiyya al-Qawmiyya*) of Hassan al-Turabi, which in the following year would become the host of Osama bin Laden.[20]  Either way, Fazul would have been traveling on al-Qa'ida-connected money.

---

[17] Fazul refers in that letter to four Comoran politicians, one of whom (Moustoifa Said Cheikh, leader of the Front Démocratique des Comores) he claims attempted to encompass the death of his teacher Soidiki, and implies his desire to kill these men.  When police searched the Fazul family home in Moroni in Sept. 1998 they found a "list of prominent Comorans who would have to be killed to make way for fundamentalist rule" (McNeil, "Assets of a Bombing Suspect").

[18] In the autobiographical manuscript described in "On the Trail of Man Wanted for Bomb Blast," however, Fazul says that he knew what he wanted to do from a very young age. One might also consider his response to classmates who mispronounced words from the Qur'an as an early indication of his willingness to turn to violence in defence of Islam.

[19] Pérouse de Montclos, Profile of the al-Haramayn Foundation.

[20] Vick, "FBI Trails Embassy Bombing Suspect." This information is somewhat dubious, however, since these same sources told Vick that the money was for study *in* Sudan, and that Fazul went to study there. There is no doubt that Fazul went to Pakistan on his scholarship, *not* Sudan, though he may have told some people he was going to Sudan to hide his intentions to join the jihad in Afghanistan. In his letter to his

Given Soidiki's profile and his financial connections with al-Qà'ida-affiliated organizations, it is probable that Fazul's radicalization occurred while studying with this teacher. In his 1991 letter to his brother Omar as well as in the autobiographical manuscript discovered by police in 2005, Fazul clearly indicates that he brought his radical beliefs with him when he first left for Pakistan.

### Joining al-Qa'ida

Fazul flew to Karachi, Pakistan in 1990, soon after the withdrawal of the Soviet army from Afghanistan. He enrolled as a medical student in an un-named Pakistani university, switched almost immediately to Islamic studies, and was recruited before the end of his first year of studies to train to become a *mujahid* (holy warrior) in Afghanistan. He does not name the person who connected him to the mujahidin, but within his first year in Pakistan he found himself at the Bayt al-Ansar in Peshawar, founded by Osama bin Laden and `Abdullah `Azzam. Fazul writes that he saw both of these men lecture at the Bayt al-Ansar during his time there.[21] This was the first "guest-house" that foreign fighters would stay in in Peshawar before being taken to a first-level training camp in Afghanistan. Those who stood out in the initial training would be invited to receive more advanced training at further camps. Fazul was selected in this manner and given two months of training in small arms, heavy weapons, explosives and bomb-making, surveillance evasion, guerrilla warfare and even "how to kill a president in full view while he's with his bodyguards."[22] Among his trainers was Ali Abdelsoud Mohammad, the former major in the Egyptian army who later joined the US Army and attempted to infiltrate the FBI and CIA as a double agent; Ali admitted to having trained Fazul in 1991 and 1992.[23]

In his 1991 letter to his brother Omar, Fazul says that he has "joined their group," that he "got confirmed" with al-Qa'ida. It was not long before he was given his first mission – help train the Somali Islamist militias that were opposing the United Nations intervention there.[24] This was in early spring of 1993, and Fazul was sent with a larger group of operatives that included Ali A. Mohammad, Abu Ubayda al-Banshiri, Mohammad Saddiq Odeh, Muhammed Atef, and Saif al-Adel. Ali Mohammad was sent to Nairobi to case targets, and the U.S. Embassy there was identified as a future target at this time.[25] In his 1997 report on the East Africa al-Qa'ida cell, Fazul refers to the fact that this team sent to Somalia in 1993 was directly involved in the so-called Battle of Mogadishu of October '93, during which two U.S. Black Hawk helicopters were shot

---

brother Omar, he asks that Omar not tell the rest of the family that he's in Afghanistan, writing that "it is totally normal in the face of God to lie – it is for the good of Muslims."
[21] "On the Trail of Man Wanted for Bomb Blast."
[22] Fazul, letter to his brother Omar, 1991.
[23] Weiser, "U.S. Charges Ex-Soldier"; on Ali Mohammad, see Wright, *The Looming Tower*, pp. 179ff.
[24] *U.S. v. Usama Bin Laden et al.*, S(9) 98 Cr. 1023, Indictment, pp. 16f.
[25] International Crisis Group, "Counter-Terrorism in Somalia," p. 7.

down and 18 U.S. soldiers were killed.[26]  The Somali group that these al-Qa'ida operatives worked most closely with was al-Ittihad al-Islami, which was partly funded by the al-Haramayn Foundation.[27]  The leadership of this group went on to lead the Council of Islamic Courts (CIC, a.k.a. Islamic Courts Union), which recently controlled much of Somalia and offered refuge to al-Qa'ida; in January of 2007 the CIC was routed by the Ethiopian Army, with support from the U.S.

The following year Fazul returned briefly to the Comoros. He asked his father to take him to his uncle's house on one of the other islands. Fazul asked his uncle for his cousin Halima's hand in marriage; Halima was 17 at the time, was still studying at Soidiki's madrasa, and had never met Fazul before then. In her deposition to a Comoran magistrate, Halima gives the date of their marriage as April 4, 1994. Three weeks later they moved to Kenya, remaining there until December of that year; at this time Fazul assumed the pseudonym Haroun Fazul. Also in 1994, Fazul accompanied Wadih al-Hage, who was working as Osama bin Laden's secretary in Khartoum, to the wedding in Mombasa of Mohammad Siddiq Odeh. These three would later be part of the cell that organized and carried out the bombings of the Kenyan and Tanzanian U.S. Embassy in 1998.

#### 1994-1998: Bombing the U.S. Embassy in Nairobi

The embassy bombings took nearly five years of preparation and planning, and Fazul was centrally involved at every step along the way. Following Ali Mohammad's target-identification activities in Nairobi, an apartment was rented there in January of 1994; Fazul lived there for much of the year, and his new wife Halima joined him in May. Fazul was a relatively low-level al-Qa'ida operative at this stage and would remain so until after the embassy bombings. He was directed by Wadih al-Hage and Abdullah Ahmed Abdullah and, beginning with his 1997 promotion to media and communications officer for the East Africa cell, he communicated with the al-Qa'ida high command via the London-based Khalid al-Fawwaz.[28]

At the end of 1994 Fazul moved his family to Khartoum, joining the contingent of al-Qa'ida families that had relocated there from South Asia with Osama bin Laden. From this point to the spring of 1996 Fazul moved relatively frequently between Khartoum, Nairobi and Mogadishu, undertaking a variety of tasks related to the plot. Travel between these points was facilitated by the existence of an underground transportation network used in the movement of qat (also spelled khat), a plant chewed for its narcotic properties.[29]  In Nairobi he worked under the cover of a bogus charity founded there by

---

[26] In that report Fazul writes that his cell is likely in danger of being targeted by agents of the U.S. "since America knows well that the youth who lived in Somalia and were member's of the Shaykh's [sc. Usama's] cell are the ones who killed the Americans in Somalia."

[27] International Crisis Group, "Counter-Terrorism in Somalia," pp. 2ff.; Pérouse de Montclos, Profile of the al-Haramayn Foundation.

[28] Fazul refers to his appointment to this position by Fawwaz in his 1997 report.

[29] *Anatomy of a Terrorist Attack*, p. 45.  Odeh testified in U.S. court that he traveled between Nairobi and Mogadishu on the airplanes of qat smugglers. Because qat must be chewed within days of harvest for the active ingredient to work, the smuggling infrastructure has to be quick and reliable.

Wadih al-Hage with the morbidly ironic name of Help Africa People. The Nairobi cell also worked very closely with Mercy International Relief Agency, an organization run by the Salafi ideologue Safar al-Hawali, and the Nairobi branch of the al-Haramayn Foundation; both of these groups supported the Ittihad al-Islami group.[30] Fazul also had courier responsibilities, ferrying money between different members of the African cells; Fazul carried money from Abu Ubayda al-Banshiri to several members of the Nairobi group at various times.[31] In 1996 he and Wadih al-Hage transported $7,000 from Osama to a contact in Mombasa.[32] Key leaders of al-Ittihad al-Islami (and later of the Somalian Council of Islamic Courts), including Hassan Dahir Aweys and Hassan Turki, were also involved in the preparations, and helped provide shelter, identity and travel documents and access to the massive Somalian arms market.[33]

In May of 1996, when al-Qa'ida closed up shop in Sudan and Osama returned to Afghanistan, Fazul returned with his wife to the Comoros; around this time their first child was born, a daughter whom they named Afiya.[34] Fazul stayed for most of May before returning to Kenya, and his family joined him there later that summer.[35] Fazul's early return was eventuated by the 21 May sinking of a steamship on Lake Victoria, one of whose passengers was senior al-Qa'ida military commander Abu Ubayda al-Banshiri (a.k.a. Adel Habib). Joined by Wadih al-Hage and other operatives, Fazul stayed in Mwanza, Tanzania for several days to confirm that Banshiri had died, and then reported the news back to Osama.

In 1997 things became more difficult for the Nairobi cell. Fazul wrote during that summer that Osama's declaration of war upon America put the cell at serious risk of capture, and complained that he had had to learn of it from CNN.[36] He also wrote of his alarm at seeing a CNN report about the capture of an al-Qa'ida operative close to bin Laden; Fazul correctly believed this person to be Abu al-Fadl al-Makki, though he was not thus identified in the press. In response to this, Fazul gathered Wadih al-Hage's files and hid them somewhere in Nairobi.[37] Also that summer, the FBI raided Wadih al-Hage's home, seizing a large amount of digital and paper data, but due to lack of Arabic-speaking resources, the material was left mostly untranslated. Around the same time, the CIA raided the Nairobi offices of the al-Haramayn Foundation, but soon thereafter the agency dropped its investigation.[38]

---

[30] International Crisis Group, "Counter-terrorism in Somalia," p. 7.

[31] *U.S. v. Usama Bin Laden et al.*, S(7) 98 Cr. 1023, S.D.N.Y., testimony of Sikander Juma (a.k.a. Ashkaf Hussein), trial transcript of day 31, April 18, 2001, p. 4287.

[32] *U.S. v. Usama Bin Laden et al.*, S(9) 98 Cr. 1023, Indictment, p. 23.

[33] International Crisis Group, "Counter-terrorism in Somalia," pp. 7f.

[34] They had a son (Lukman) the following year and another daughter (Sumeiya) in 2002.

[35] Halima Fazul, deposition.

[36] Fazul, August 1997 letter to "brother Sharif."

[37] Details about the contents of these files can be found in *U.S. v. Usama Bin Laden et al.*, S(9) 98 Cr. 1023, Indictment, p. 28.

[38] *Anatomy of a Terrorist Attack*, p. 30.

After these near misses, the cell went ahead with the execution of the bombing plot. Fazul made frequent trips between Nairobi and Khartoum during this period.[39] On May 1, with the help of a local named Sikander Juma, Fazul rented a large walled villa in the suburbs of Nairobi, at 43 New Runda Estates. Though he told the property owner (one Tamarra Ratemo) that he needed the large house for his family and business guests, in fact his family lived with the Jumas and at Wadih al-Hage's home in Nairobi; the villa was used as the bomb factory for the Nairobi embassy bombing. Throughout the spring and summer, Fazul was one of the key players in the lead-up to the bombing, and on the morning of August 7, 1998, he drove a white pick-up truck ahead of the bomb truck to the embassy. At 10:45 AM local time, two vehicle-borne bombs were detonated outside the U.S. Embassy, killing 224 and wounding more than 4000 people. Later that day Fazul arranged for his family and father-in-law to fly to the Comoros, and that evening he arranged for the keys of the villa to be handed over to the owner, having already hired local people to clean it out. He stayed on in Nairobi for another week, and on August 14 flew to the Comoros; on the 22nd he left the Comoros for Dubai and from there most likely proceeded to Pakistan.[40]

The leadership of the East African cell up to this point had been provided by Wadih el-Hage and then, after al-Hage's return to the U.S. in 1997, Abdullah Ahmed Abdullah. On August 1, 1998, the latter directed all al-Qa'ida personnel to leave Kenya by the 6th of that month. This provides an indication of Fazul's "rank" in the organization at this time. The last to leave Nairobi, a full week after the bombing, Fazul had an intermediate position between the administrative leadership, which came to Nairobi in the week before the bombing to oversee the final preparations, and the foot-soldiers, who were all supposed to die in the attacks (Rashid al-Owhali survived and was later arrested). His letter of 1997 included the statement that "we do not want to know the operations plans since we are just implementers." After the summer of 1998, this began to change, and ultimately Fazul would take over the leadership of al-Qa'ida's operations in East Africa.

### 1999-2001: al-Qa'ida, Liberia and West African Blood Diamonds[41]

In the year following the embassy bombings Fazul became one of the key players in al-Qa'ida's entry into the blood diamond business. After the embassy bombings, the U.S. began to take steps to freeze al-Qa'ida's assets, and in response al-Qa'ida began to sink millions of dollars into West African blood diamonds, an ideal way to launder, protect and increase its financial resources. Fazul would spend the bulk of this period in West Africa as a protected guest of Charles Taylor and one of the two al-Qa'ida members who oversaw the organization's end of Taylor's diamond business.

---

[39] According to *U.S. v. Usama Bin Laden et al.*, S(9) 98 Cr. 1023, Indictment, pp. 26ff., Fazul flew from Khartoum to Nairobi on March 4, April 28 and May 10 of 1998.

[40] A detailed timeline of the embassy bombings can be found in *Anatomy of a Terrorist Attack*, pp. 63ff.

[41] A much more detailed account of al-Qa'ida's relationship to the West African diamond trade can be found in Douglas Farahs *Blood From Stones*.

The relationship began in 22 September 1998, less than two months after the embassy bombings, when Abdullah Ahmed Abdullah arrived in Monrovia, Liberia, to meet with Ibrahim Bah, a Senegalese soldier of fortune who was part of Taylor's inner circle and had the rank of general in the Sierra Leonian Revolutionary United Front (RUF), which was controlled directly by Taylor.[42] Bah introduced Abdullah to senior RUF commanders, including Sam Bockerie, and it was agreed that Abdullah would later send al-Qa'ida representatives with cash. In March of 1999, Fazul and Ahmed Khalfan Ghailani[43] came to Liberia and spent several days touring the diamond fields in Sierra Leone controlled by the RUF. They met with Bockerie in Foya, Liberia and gave him $50,000 in cash; they were given a package of diamonds in return, and then made calls by satellite phone to Belgium and Pakistan. They then met with Taylor at his Congo Town home and gave him half a million dollars in cash.

In December of 2000, the two met with the Lebanese diamond dealers Samih Ossaily and Allie Darwish in Liberia and Sierra Leone, and another large transaction was made. On January 22, 2001, the two Lebanese dealers signed a three year lease on a large house in Monrovia that would become the headquarters of Fazul and Ghailani on their frequent trips to Liberia in this period. They came on March 3 using Yemeni passports and stayed on through the mining season, to the end of summer; during this period al-Qa'ida cornered the market on Liberian and Sierra Leonean diamonds, which are among the highest quality diamonds in the world. In late June, along with a female al-Qa'ida operative using the pseudonym Feriel Shahin, Fazul and Abdullah flew to Karachi, stayed several nights at the Shaharah-e Faisal hotel, and then proceeded to Quetta.

In July 2001 Fazul and Abdullah returned to West Africa, staying initially at the presidential complex of Blaise Campaore in Ouagadougou, Burkina Faso. In that same month, Aziz Nassour, another Lebanese diamond dealer and cousin of Ossaily, flew from Beirut to Dubai to pick up $1 million in cash; this was then delivered to Taylor as an up-front payment for offering the two al-Qa'ida operatives a safe haven. Once the cash was delivered, the two moved from Burkina Faso to a military camp near Taylor's private farm called Camp Gbatala, where Liberia's elite Anti-Terrorism Unit trained with South African mercenaries. They remained in hiding there until at least December of 2001. In late November, on the basis of European intelligence indicating that the two were in Camp Gbatala, the DIA stood up a snatch team of Special Forces, but, unable to confirm the identifications, the team was told to stand down a week later.

The relationship with Taylor and his RUF allies maintained by Fazul and Abdullah was hugely successful for al-Qa'ida. More than $20 million was moved by al-Qa'ida in this way, and firm ties were made with important actors in the international

---

[42] Farah, "Al Qaeda Cash Tied to Diamon Trade." Bah fought with Senegalese separatists in the 1970s, went on to train with Qaddafi in Libya, fought with the mujahidin in Afghanistan in the 1980s (where he made his initial contacts with future al-Qa'ida leadership), and later trained a number of people who became West African warlords, including Taylor and Foday Sankoh, founder of the RUF. As of the late 1990s, Bah was in charge of Taylor's diamond-related activities and was the conduit point between RUF commanders and al-Qa'ida and Hezbollah diamond buyers.

[43] Ghailani was arrested in Pakistan in 2004.

black market in blood diamonds and weapons. There is evidence that suggests the two bought weapons through Nassour and Ossaily, possibly even SA-8 surface-to-air missiles.[44] The large sum paid to Taylor to protect Fazul and Abdullah, probably in anticipation of a worldwide manhunt in the wake of 9/11, is an indication of Fazul's rise in the organization, or at the very least shows that he was recognized by this point as an extremely valuable asset.

2002-2007: Leading the East Africa cell

Fazul's next assignment was to assume a leading role in al-Qa'ida's East Africa operations. His base of operations for 2002 was the village of Siyu on the Lamu Archipelago on the northern coast of Kenya, where he lived under the pseudonym Abdulkarim.[45] In that remote village of around 2,000 people Fazul set up shop as a preacher and madrasa teacher, establishing his own madrasa for this purpose. He was joined there by a number of other operatives who would go on to participate in an attack in Mombasa towards the end of the year; some of them worked as fishermen, others worked with Fazul as preachers and missionaries. Their message as preachers was predictably Salafi in tone; the village chief later testified that "they were teaching against the celebration of Maulid (the birthday of the Prophet Muhammad) and the people were not pleased with it."[46] Fazul also married a local girl in Siyu, 16-year-old Amina Kubwa,[47] and recruited her father, brother and one of her cousins to help with the November bombings.[48] In July of 2002 Fazul was arrested by Kenyan police for credit card fraud, but he escaped after only one day in custody; the Kenyan authorities claim they didn't recognize him.[49]

The beginnings of the bombing plot of 2002 began in November of 2001, when several members of the team gathered in Mogadishu and began training in rented apartments in small arms and explosives.[50] Throughout the year, Fazul would occasionally come in to Mogadishu to oversee the progress of the team there. By April 2002 the targets were identified and by August the group had smuggled a number of SA-7b Grail missiles and shoulder-launchers into Kenya from Somalia by sea; the weapons had been earlier bought in Yemen.[51] On November 28, the team split into four groups; one group stayed in Mombasa, one went to Mombasa to suicide bomb the Paradise Hotel,[52] one went to Lamu to prepare an escape boat, and the final group, led by Fazul, carried out the failed missile attack on an Israeli passenger plane as it left Moi

---

[44] Farah, "Report Says Africans Harbored Al Qaeda."

[45] Interestingly, Fazul's association with Lamu goes back much further; he listed it as his birthplace in a Kenyan identity card that he illegally obtained in 1996 (Vick, "FBI Trails Embassy Bombing Suspect").

[46] "Witness tells of terror suspect's marriage."

[47] Mutonya and Munene, "Woman helps identify bomb raid suspects." Muiruri, "Most wanted terrorist named," writes that she was 14 at the time of marriage.

[48] These were Kubwa Muhammad, Muhammad Kubwa and Abud Rogo Muhammad, respectively (Lacey, "Kenya to Charge 4").

[49] "Bush should heed Hempstone's advice."

[50] Peleman et al., *Report of the Panel of Experts*, p. 29.

[51] Ibid.

[52] A three-man team drove an explosives-laden SUV onto the lobby steps of the hotel; the detonation killed 13 and injured 80 people.

International Airport in Mombasa. The following day Fazul returned with some of the team to Lamu and escaped by boat, most likely to Somalia.

The following two years had Fazul planning further bomb attacks in the area. In early 2003 he was sighted at a mosque in Mogadishu, and in May he was spotted in Mombasa. The CIA contracted with Muhammad Dheere, a warlord based north of Mogadishu, to try to capture Fazul after these sightings, but the operation instead netted a lesser al-Qa'ida operative, a Yemeni by the name of Sulayman Abdullah Salim Hemed.[53] He informed police that Fazul was planning an attack on the U.S. Embassy in Nairobi, and it subsequently closed down for a week.[54] The following year communications from Saleh Nabhan, a senior member of al-Qa'ida's East Africa cell, were intercepted, leading ultimately to the uncovering and therefore thwarting of a plot to bomb the new U.S. Embassy in Nairobi sometime in 2004. The plan was to drive a bomb truck into the Embassy and at the same time to fly a chartered airplane into the building.

Following this unsuccessful plot, nothing is known about Fazul's operational activities, though he does appear to have had a high-level position within the Council of Islamic Courts in Somalia since at least 2005, possibly as head of intelligence.[55] He was spotted during March of that year taking a *kwassa kwassa* (a kind of boat) from Moroni to the island of Mayotte.[56] He continued to work with the CIC in Somalia through 2006, and at the end of December had his wife Halima and their three children join him in Mogadishu from Pakistan.[57]

On January 8 and 9, 2007, at least one U.S. C-130 gunship attacked targets in Somalia in an attempt to kill Fazul and two other senior al-Qa'ida operatives.[58] It was initially reported that Fazul had died, but this was later retracted. On January 11, Kenyan police captured Fazul's wife and three children, along with other operatives and their family members attempting to flee Somalia. The group initially included Fazul; they stopped for the night in a forest in Kiunga on the Kenyan border, and Fazul and three other men set off alone. The rest of the party were arrested there in the morning. Fazul's wife was arrested with his laptop computer and more than $5,000 in cash. According to Kenyan police, who managed to bypass the password protect on the laptop in late January, the computer contained "vital information on terrorism training and intelligence collection including spying."[59] Members of the elite U.S. anti-terrorism Task Force 88 are currently on the ground in East Africa searching for Fazul. According to a Madagascar newspaper, there have been claims of a sighting of Fazul at Majunga, a port

---

[53] Butler, "5-Year Hunt Fails to Net Qaeda Suspect." Hemed was captured in June of 2003.

[54] "Target of U.S. strike wanted for multiple attacks."

[55] "Computer May Hold Clue on Terror Suspect."

[56] Rodier, "Chasse aux djihadists"; D.H., "Un lieutenant de Ben Laden à l'île de Mayotte?"

[57] "Computer May Hold Clue on Terror Suspect."

[58] U.S. military assets were already active in the area in support of the Ethiopian army's invasion force that ousted the CIC from its areas of control beginning in December 2006 and continuing to the present date (24 February 2007).

[59] "Kenya: We have hacked al-Qaida laptop."

city on the northwest coast of Madagascar, in the weeks since the U.S. bombing operation in Somalia.[60]

Though the chances of catching Fazul are as good now as they've ever been, it won't be easy. He has used dozens if not scores of pseudonyms,[61] has extensive contacts with virtually every kind of criminal underground in the region, and, as the photographs at the head of this document attest, he is skilled at disguising his appearance. In his al-Qa'ida career he has successfully passed as a Kenyan, a Somali, a Sudanese, a Moroccan, a Yemeni and a South Asian, and he has command of at least five languages. Highly intelligent and thoroughly trained, he is one the most dangerous international terrorists alive today.[62]

---

[60] "Qaida-Terrorist versteckt sich in Madagaskar."

[61] In addition to the many permutations of Abdullah Muhammad Fazul, his known pseudonyms include the following: Abu Aisha, Abu Luqman, Abu Sayf al-Sudani, Harun al-Qamar, Ahmad Hassan, Abdulkarim, 'Ali Fadil Husayn and Fu'ad Muhammad.

[62] Harmony documents pertaining to Fazul are: AFGP-2002-800080, AFGP-2002-800081, AFGP-2002-80083, AFGP-2002-800084, AFGP-2002-800086, AFGP-2002-800087, and AFGP-2002-800089.; also see Appendix C-III.

Sources:

Ali, Abdulsamad. "Kenya: Computer May Hold Clue on Terror Suspect." *The Nation* (Nairobi), January 24, 2007. <http://allafrica.com/stories/200701240090.html> Accessed 14 February 2007.

"Alphabetical Listing of Blocked Persons, Specially Designated Nationals, Specially Designated Terrorists, Specially Designated Global Terrorists, Foreign Terrorist Organizations, and Specially Designated Narcotics Traffickers; Final Rule." *Federal Register* 69 (27 May 2004): 30361-30551, at 30363.

*Anatomy of a Terrorist Attack: An In-Depth Investigation Into the 1998 Bombings of the U.S. Embassies in Kenya and Tanzania.* Matthew B. Ridgway Center for Security Studies, University of Pittsburgh, 2005.

Bender, Bryan. "Liberia's Taylor Gave aid to Qaeda, UN Probe Finds." *The Boston Globe*, August 4, 2004. <http://www.boston.com/news/nation/washington/articles/2004/08/04/liberias_taylor_ga ve_aid_to_qaeda_un_probe_finds/> Accessed 13 February 2007.

Bentham, Jonathan, and Jérôme Bellion-Jourdan. *The Charitable Crescent: Politics of Aid in the Muslim World.* London and New York: I.B. Taurus, 2003.

Bonner, Raymond. "Public Face of Terror Suspect: Low-Key Family Man." *The New York Times*, September 27, 1998.

"Bush Should Heed Hempstone's Advice." *The Nation* (Nairobi), September 30, 2005.

Butler, Desmond. "5-Year Hunt Fails to Net Qaeda Suspect in Africa." *The New York Times*, June 14, 2003.

Campbell, Greg. *Blood Diamonds: Tracing the Deadly Path of the World's Most Precious Stones.* Boulder, CO: Westview Press, 2004.

De Bruycker, Agim, et al. *Case LIBI.* Unpublished report of the Belgian Federal Police, GDA Antwerp, Diamond Section.[63]

D.H. "Un lieutenant de Ben Laden à l'île de Mayotte?" *Le Quotidien des Nouvelles de Mayotte*, 23 May 2005. <http://www.jir.fr/forum/viewtopic.php?pid=2055> Accessed 13 February 2007.

Davies, Hugh. "Saudis Detain Member of anti-American Terror Group." *Daily Telegraph* (UK), August 2, 1997. <http://www.telegraph.co.uk/htmlContent.jhtml?html=/archive/1997/08/02/wsaud02.html > Accessed 15 February 2007.

---

[63] Kindly shared with the CTC by Bryan Bender, a journalist at the Boston Globe.

Duhul, Salad. "Top al-Qaida Suspect Killed as US strikes Continue, say Somali Official and Witness." *Associated Press*, January 10, 2007.

"Fact Sheet: Somalia – Eliminating Terrorist Threat." *US Fed News*, January 25, 2007.

Farah, Douglas. "Al Qaeda Cash Tied to Diamond Trade." *The Washington Post*, November 2, 2001.

-----. *Blood From Stones: The Secret Financial Network of Terror.* New York: Broadway Books, 2004.

-----. "Report Says Africans Harbored Al Qaeda Terror Assets Hidden in Gem-Buying Scheme." *The Washington Post*, December 29, 2002.

Fazul, Abdullah Muhammad. Letter to Omar Muhammed Fazul, n.d. <http://www.pbs.org/wgbh/pages/frontline/shows/saudi/fazul/letter.html> Accessed 13 February 2007.

-----. Letter to "Sharif," August 4, 1997. <http://www.pbs.org/wgbh/pages/frontline/shows/binladen/upclose/computer.html> Access 15 February 2007.

Fazul, Halima Badroudine. Deposition given to the Court of Appeals of Moroni, Comoros Islands, Cabinet of Examining Magistrate Mr Djaffar, 18 September 1998. <http://www.pbs.org/wgbh/pages/frontline/shows/saudi/fazul/depo.html> Accessed 13 February 2007.

Gartenstein-Ross, Daveed. "Prison Radicalization: Are Terrorist Cells Forming in U.S. Cell Blocks?" Testimony before the Senate Homeland Security and Government Affairs Committee, September 19, 2006.

Hirschkorn, Phil. "Elusive Al Qaeda Operative was 'Real Deal'." *CBS News*, January 10, 2007. <http://www.cbsnews.com/stories/2007/01/10/world/main2347258.shtml> Accessed 14 February 2007.

International Crisis Group. "Counter-Terrorism in Somalia: Losing Hearts and Minds?" *Africa Report*, no. 95, July 11, 2005.

Jacquard, Roland. *In the Name of Osama bin Laden: Global Terrorism & the Bin Laden Brotherhood.* Trans. George Holoch. Durham, N.C.: Duke University Press, 2002.

"Kenya Detains Wives of Somalia al Qaeda Suspects." *Reuters*, January 11, 2007. <http://www.garoweonline.com/stories/publish/article_7024.shtml> Accessed 13 February 2007.

"Kenya: Revealed – Dark Secrets Behind Al-Qaeda Terror Raids." *The Nation* (Nairobi), January 16, 2007. <http://allafrica.com/stories/200701161506.html> Accessed 14 February 2007.

"Kenya: We Have Hacked al-Qaida Laptop." *UPI*, January 30, 2007. <http://www.upi.com/SecurityTerrorism/view.php?StoryID=20070130-014509-5190r> Accessed 14 February 2007.

Lacey, Marc. "Kenya to Charge 4 in Attacks Last Fall at a Beach Resort." *The New York Times*, June 24, 2003.

-----. "Siyu Journal: Why a Village Well is a Weapon in the War on Terror." *The New York Times*, April 30, 2004.

-----. "Terrorists in Kenya Killings Posed as Fishermen, a Report Says." *The New York Times*, November 6, 2003.

Lacey, Marc, et al. "New Militant Leader Emerges in Mogadishu." *The New York Times*, June 26, 2006.

McNeil, Donald G., Jr. "Assets of a Bombing Suspect: Keen Wit, Religious Soul, Angry Temper." *New York Times*, 6 October 1998.

Muiruri, Stephen. "Most Wanted Terrorist Named." *The Nation* (Nairobi), August 26, 2003.
<http://www.nationaudio.com/News/DailyNation/26082003/News/News2608200312.ht ml> Accessed 16 February 2007.

Mutonya, Njuguna, and Mugumo Munene. "Woman helps identify bomb raid suspects." *The Nation* (Nairobi), March 21, 2003.
<http://www.nationaudio.com/News/DailyNation/21032003/News/News10.html> Accessed 16 February 2007.

"New Strikes on al-Qaida in Somalia." *MSNBC.com*, January 9, 2007. <www.msnbc.msn.com/id/16531987/> Accessed 16 February 2007.

"On the Trail of Man Wanted for Bomb Blast." *The Nation* (Nairobi), May 13, 2006.

Peleman, Johan, et al. *Report of the Panel of Experts on Somalia pursuant to Security Council resolution 1474 (2003)*. United Nations Security Council, November 4, 2003.

Pérouse de Montclos, Marc-Antoine. Profile of the al-Haramayn Foundation, Observatoire de l'action humanitaire. 2005 <http://www.observatoire-humanitaire.org/fusion.php?l=FR&id=73> Accessed 13 February 2007.

Pflanz, Mike. "Somali Government Closes in on al-Qa`eda Stronghold." *Telegraph* (UK), January 9, 2007.
<http://www.telegraph.co.uk/news/main.jhtml?xml=/news/2007/01/08/usomalia108.xml>
Accessed 15 February 2007.

"Qaida-Terrorist versteckt sich in Madagaskar." *Deutsche Presse-Agentur*, February 5, 2007. <http://www.spiegel.de/politik/ausland/0,1518,464299,00.html> Accessed 14 February 2007.

Rice, Xan. "Somalia air Strike Failed to Kill al-Qaida Targets, says US." *Guardian Unlimited* (UK), January 11, 2007.
<http://www.guardian.co.uk/international/story/0,,1988300,00.html> Accessed 14 February 2007.

Rodier, Alain. "Chasse aux djihadists d'Al-Qaeda en Somalie." *Notes d'Actualité*, Centre Français de Recherche sur le Reseignement, no. 9 (2005).
<http://www.cf2r.org/fr/article/article-chasse-aux-djihadistes-d-al-qaeda-en-somalie-3-9.php> Accessed 13 February 2007.
This source says that Fazul lived in Lamu between the two operations of '98 and 2002, marrying Amina Kubwa, teaching at a Qu'ran school and going by the pseudonym Abdul Karim.

*Saudi Time Bomb? Frontline Documentary #2006.* Prod. Martin Smith and Lowell Bergman. PBS, 15 November 2001. Transcript online at
<http://www.pbs.org/wgbh/pages/frontline/shows/saudi/etc/script.html> Accessed 13 February 2007.

"Somalia Releases Information on Islamists Deported From Kenya." *Sudan Tribune*, January 30, 2007. < www.sudantribune.com/spip.php?article20018> Accessed 17 February 2007.

Special Court for Sierra Leone, Office of the Prosecutor. "Presence of al-Qaeda in West Africa." Unpublished report, 2004.[64]

"Target of U.S. Strike Wanted for Multiple Attacks." *Associated Press*, January 9, 2007.
<http://www.msnbc.msn.com/id/16537225/> Accessed 15 February 2007.

"The 22 Most Wanted Suspects, in a Five-Act Drama of Global Terror." *The New York Times*, October 14, 2001.

Tomlinson, Chris. "Target of U.S. air Strike on Somalia has Long Been one of the FBI's Most Wanted." *Associated Press*, January 9, 2007.

---

[64] Kindly shared with the CTC by Bryan Bender, a journalist at the Boston Globe.

"U.S. Launches new Attacks in Somalia." *CTV News*, January 9, 2007.
<http://www.ctv.ca/servlet/ArticleNews/story/CTVNews/20070109/somalia_strikes_070
109/20070109?hub=TopStories> Accessed 16 February 2007.

*U.S. v. Usama Bin Laden et al.*, S(7) 98 Cr. 1023, S.D.N.Y.

*U.S. v. Usama Bin Laden et al.*, S(9) 98 Cr. 1023, S.D.N.Y.[65]

Vick, Karl. "Assault on a U.S. Embassy: A Plot both Wide and Deep." *The Washington Post*, November 23, 1998.

-----. "FBI Trails Embassy Bombing Suspect." *The Washington Post*, September 17, 1998.

Weiser, Benjamin. "A Bin Laden Agent Left Angry Record of Gripes and Fears." *The New York Times*, December 2, 1998.

-----. "Two New Suspects Linked by U.S. to Terror Case." *The New York Times*, September 18, 1998. <http://www.nytimes.com/library/world/africa/091898attack-arrest.html> Accessed 13 February 2007.

-----. "U.S. Charges Ex-Soldier, Calling him Plotter with bin Laden." *The New York Times*, May 20, 1999.

"What Turns a Boy into a Terrorist?" Prod. Martin Smith. PBS video report, n.d.
<http://www.pbs.org/wgbh/pages/frontline/shows/binladen/upclose/> Accessed 15 February, 2007.

"Witness Tells of Terror Suspect's Marriage." *The Nation* (Nairobi), February 17, 2004.
<www.nationaudio.com/News/DailyNation/17022004/News/News1702200440.html>
Accessed 16 February 2007.

"Wooing Lamu to Battle Terror." *The Nation* (Nairobi), November 26, 2006.

---

[65] All court documents from *U.S. v. Usama Bin Laden et al.* can be found online here:
http://cryptome.org/usa-v-ubl-dt.htm.

■■■■■■

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

BBC News, "Kenya Terror Strikes Target Israelis,"
Nov. 28, 2002, available at
http://news.bbc.co.uk/2/hi/africa/2522207.stm

■■■■■■

# BBC NEWS WORLD EDITION

You are in: **Africa**

**News Front Page**



Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
UK
Business
Entertainment
Science/Nature
Technology
Health
-------------
Talking Point
-------------
Country Profiles
In Depth
-------------
Programmes
-------------
BBC SPORT
BBC WEATHER

**SERVICES**
Daily E-mail
News Ticker
Mobile/PDAs
-------------
Text Only
Feedback
Help
**LANGUAGES**
SOMALI
SWAHILI
FRANÇAIS
GREAT LAKES
HAUSA
PORTUGUÊS
EDITIONS
Change to UK

Thursday, 28 November, 2002, 20:51 GMT

## Kenya terror strikes target Israelis



The hotel was popular among Israeli tourists

At least 15 people have died in a suicide bombing at an Israeli-owned hotel in Mombasa, Kenya, just as two missiles were fired at an Israeli holiday jet that had taken off from the city's airport.

The missiles narrowly missed the Arkia airline plane - a Boeing 757 carrying 261 passengers - but a large part of the Paradise Hotel was reduced to rubble and the rest is a smouldering shell.

Kenyan police said three suicide bombers were killed, along with nine Kenyans and three Israelis, two of whom were children.

About 80 people, most of them Kenyans, were injured in the attack and many are being treated for burns.



A team of Israeli doctors has arrived to help evacuate the Israeli injured.

Mombasa police have detained two people - said to be of Middle East origin - who were in the area of the hotel bombing.

**WATCH/LISTEN** REAL MEDIA
**ON THIS STORY**

🔊 **The BBC's Andrew Harding in Kenya**
"The Kenyan police are still saying very little"

🔊 **Rafi Marek, pilot of the Arkia Airlines plane**
"At first I didn't know what was going on"

🔊 **Israeli Prime Minister Ariel Sharon**
"Terrorism will not dictate the agenda of Israel"



**Israelis targeted**

**Key stories**
Mombasa in shock
Attacks in pictures
Attack aftermath
Joint military exercises
Hotel staff unpaid

**Analysis**
Effect on tourism
Al-Qaeda v Israel?
Portable missile threat
Kenya: a soft target
Al-Qaeda suspected
Threat to economy
▶ **TALKING POINT**
Your reaction
▶ **AUDIO VIDEO**
TV and Radio reports

**See also:**

28 Nov 02 | Middle East
Sharon faces crucial leadership vote
23 Nov 02 | Country profiles
Country profile: Kenya

**Internet links:**

Israeli Foreign Ministry
Kenya Government
BBC Focus on Africa
BBC Network Africa

The BBC is not responsible for

Police are now examining the crater left by the car bomb. The vehicle was obliterated.

In Lebanon, a previously unknown group called the Army of Palestine has said it carried out the attacks.

But Kenyan and Israeli officials speculated that Osama Bin Laden's al-Qaeda network might have been responsible.

The US Government condemned the attacks, but said it was too early to blame al-Qaeda.



"The United States Government deplores this violence," said White House spokesman Gordon Johndroe. "We stand prepared to offer the governments of Kenya and Israel any assistance necessary in this investigation."

Kenyan TV showed a missile launcher found in the area .

If confirmed as the work of al-Qaeda, it would be their first direct attack on Israelis - despite Bin Laden's hostility towards Israel.

**Click here for pictures of the Mombasa attacks**

Mombasa, on Kenya's Indian Ocean coast, is a popular destination for foreign visitors and the hotel was frequented mainly by Israeli tourists.

In 1998, the US embassies in Kenya and neighbouring Tanzania were attacked in nearly simultaneous car bombings that killed 219 people and 12 people respectively. The US blamed al-Qaeda.

**We heard a massive explosion - black smoke was billowing everywhere, the thatched roofs were falling in, then we heard screaming and wailing**

**Eyewitness Kelly Hartog**

Coordinated, synchronised attacks are a hallmark of al-Qaeda, and the BBC's security correspondent Frank Gardner says

the content of external Internet sites

**Top Africa stories now:**

Ebola outbreak confirmed in Congo

Malawi minister reveals Aids trauma

Kenyan president opens parliament

DR Congo rebels go on trial

Nigerian ID scheme kicks off

Tunisian Internet crackdown

Wild pigs threaten Somali peace talks

Anti-French protests in Ivory Coast

**Links to more Africa stories are at the foot of the page.**

months of careful surveillance clearly went
into the latest Kenya attacks.

## Suicide team

Eyewitnesses said an all-terrain vehicle with
three men on board crashed through a barrier
outside the Paradise Hotel and headed
towards the lobby.

One man got out and
ran towards the
reception, where he set
off an explosion, while
the others stayed in the
vehicle, which blew up
at the same time,
witnesses said.

**If these terrorists
have scores to
settle, let them fight
the battles in their
own countries**

**T.J. Kisukwa, Kenya**

**Click here to send
your comments**

The blast occurred just
after some 60 visitors
had checked into the hotel, all of them from
Israel, hotel officials said.

Most of the Kenyan victims were said to be
traditional dancers.

## Claim

Al-Manar television in Lebanon later reported
a short statement from a group called the
Army of Palestine claiming responsibility for
the attacks.

The group said it
wanted the world to
hear the "voice of the
refugees" on the 55th
anniversary of the
partition of Palestine.

The attacks happened
within a few minutes
of each other, just
after 0800 local time
(0500 GMT).


The plane did not show any
signs of damage

They coincide with
important primary
elections in Israel, with Prime Minister Sharon
facing a party leadership challenge from
Foreign Minister Binyamin Netanyahu.

## Near miss

The airliner landed safely at Ben Gurion
airport in Tel Aviv about five hours after the
missile attack. It was escorted in by Israeli F-
15 fighter jets.

Relieved passengers broke into tears and sang
a traditional Israeli song.

Kenyan police said a missile launcher and two
missile casings were found in the Changamwe
area of Mombasa, about two kilometres from
the airport.

The Israeli pilot, Rafi Marik, said he felt a jolt
and saw two white smoke trails passing "not
very far" from the left wing of the aircraft
before disappearing after a few seconds.

Some of the passengers said they heard a
loud noise just after take-off.

The Arkia charter company has a regular
weekly service flying tourists between Tel Aviv
and Mombasa.

✉ **E-mail this story to a friend**

**Links to more Africa stories**

In This Section                    · | Go |

© B|B|C   **^^ Back to top**

**News Front Page | Africa | Americas | Asia-Pacific | Europe | Middle East |
South Asia | UK | Business | Entertainment | Science/Nature | 
Technology | Health | Talking Point | Country Profiles | In Depth |
Programmes**

---------------------------------------------------------------------------

**To BBC Sport>> | To BBC Weather>> | To BBC World Service>>**

---------------------------------------------------------------------------

© MMIII | News Sources | Privacy

█████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK, | |
| Petitioner, | |
| v. | Civil Action No. 08-1440 (CKK) |
| BARACK H. OBAMA, *et al.*, | |
| Respondents. | |

# "Raid Killed Somali Allies of Al Qaeda, U.S. Says," New York Times, Jan. 12, 2007



**The New York Times**
nytimes.com

January 12, 2007

# Raid Killed Somali Allies Of Al Qaeda, U.S. Says

A top American official in the Horn of Africa said Thursday that none of the suspected members of Al Qaeda believed to be hiding in Somalia died in the American airstrike this week, but added that Somalis with close ties to the terrorist group were killed.

Somali officials said Wednesday that Fazul Abdullah Mohammed, a main suspect in the bombings of the American Embassies in Kenya and Tanzania in 1998, had been killed in the American attack.

United States officials immediately distanced themselves from the Somali claim, saying that they were not even sure Mr. Fazul was among the terrorism suspects hiding in southern Somalia with Islamist fighters. They did say then that Abu Taha al-Sudani, a top aide to Mr. Fazul, and Aden Hashi Ayrow, a Somali terrorism suspect, might have been killed.

But on Thursday, the American official, based in Kenya, speaking on condition of anonymity because he was not authorized to speak to the news media, said American special forces and Ethiopian troops -- who are in the country to battle the Islamists and support Somalia's transitional government -- were still pursuing Al Qaeda suspects in southern Somalia.

American and Somali officials have acknowledged that a small team of American Special Operations forces are in Somalia hunting suspected Qaeda fighters and providing military advice to Ethiopian and Somali forces on the ground.

The American forces entered Somalia with Ethiopian forces late last month when Ethiopians launched their attack against the Islamic movement, one official said on condition of anonymity.

Mr. Fazul, one of the F.B.I.'s most wanted terrorism suspects, has evaded capture for eight years. The Somali president's chief of staff said Wednesday that he had been killed in an American airstrike in southern Somalia.

The American official in the region said 8 to 10 individuals had been killed in the attack, most of whom were Somalis with close ties to Al Qaeda.

Meanwhile, Somali and Ethiopian forces skirmished with Islamic militiamen near Ras Kamboni in Somalia's southernmost tip early Thursday, part of mop-up operations that Mr. Meles said his troops were carrying out against the fighters that were driven from Somalia's capital weeks ago.

The Ethiopian Information Ministry said Thursday that its military was also launching helicopter and troop attacks around Dobley, about four miles from the Kenyan border.

A rights group in Fanole, in the south, said Thursday that thousands of Somalis fleeing the fighting were now stranded on the Kenyan border, which has been largely closed.

"Thousands are in a bad condition and they do not have food and water," said Ali Bashi, chairman of the Fanole Human Rights Center. "They are stranded at the border after Kenya closed it and they cannot go back to their houses for two reasons: the ongoing airstrikes and lack of transportation."

Copyright 2009 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Work for Us | Back to Top

███████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

# FBI, "Most Wanted Terrorists" Webpage for Fazul Abdullah Mohammed

███████



**MURDER OF U.S. NATIONALS OUTSIDE THE UNITED STATES; CONSPIRACY TO MURDER U.S. NATIONALS OUTSIDE THE UNITED STATES; ATTACK ON A FEDERAL FACILITY RESULTING IN DEATH**

# FAZUL ABDULLAH MOHAMMED



Color Photographs age    Color Photographs age    Color Photographs age
enhanced and retouched   enhanced and retouched   enhanced and retouched
in 2008                  in 2008                 in 2008

**Aliases:** Abdallah Fazul, Abdalla Fazul, Abdallah Mohammed Fazul, Fazul Abdilahi
Mohammed, Fazul Adballah, Fazul Abdalla, Fazul Mohammed, Haroon,
Harun, Haroon Fazul, Harun Fazul, Fadil Abdallah Muhamad, Fadhil Haroun,
Abu Seif Al Sudani, Abu Aisha, Abu Luqman, Fadel Abdallah Mohammed
Ali, Fouad Mohammed

## DESCRIPTION

| | | | |
|---|---|---|---|
| **Dates of Birth Used:** | August 25, 1972;<br>December 25, 1974;<br>February 25, 1974 | **Hair:** | Black |
| **Place of Birth:** | Moroni, Comoros Islands | **Eyes:** | Brown |
| **Height:** | 5'3" to 5'5" | **Sex:** | Male |
| **Weight:** | 120 to 140 pounds | **Complexion:** | Dark |
| **Build:** | Unknown | **Citizenship:** | Comoros, Kenyan |
| **Languages:** | French, Swahili, Arabic, English, Comoran | | |
| **Scars and Marks:** | None known | | |
| **Remarks:** | Mohammed likes to wear baseball caps and tends to dress casually.<br>He is very good with computers. | | |

## CAUTION

Fazul Abdullah Mohammed was indicted in the Southern District of New York, for his
alleged involvement in the bombings of the United States Embassies in Dar es Salaam,
Tanzania, and Nairobi, Kenya, on August 7, 1998.

## REWARD

The Rewards For Justice Program, United States Department of State, is offering a reward of
up to $5 million for information leading directly to the apprehension or conviction of Fazul
Abdullah Mohammed.

### SHOULD BE CONSIDERED ARMED AND DANGEROUS

### IF YOU HAVE ANY INFORMATION CONCERNING THIS PERSON, PLEASE CONTACT YOUR <u>LOCAL FBI OFFICE</u> OR THE NEAREST <u>AMERICAN EMBASSY OR CONSULATE</u>.

| <u>New York Field Office</u> | <u>Most Wanted Terrorists</u> |
| <u>FBI Home Page</u> | <u>FBI Field Offices</u> |