# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK, ) <br> ) <br> Detainee, ) <br> Petitioner, ) <br> ) Civil Action No. 08-1440(CKK) <br> v. ) <br> ) <br> BARACK OBAMA, et al., ) <br> ) <br> Respondents. ) <br> ) | |

## NOTICE OF FILING

Notice is hereby given that Petitioner Mohammed Abdulmalik (ISN 10025) has, through undersigned counsel, filed on January 29, 2010 with the Court Security Officer a Reply in Support of Motion for Leave to Obtain Additional Discovery.

February 18, 2010
/s/ Darin Thompson
DARIN THOMPSON (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: darin_thompson@fd.org

Counsel for Petitioner Mohammed Abdulmalik