IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　Detainee, 　　　　　　　　　　　　　)<br>　　　　　　Petitioner, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 08-1440(CKK)<br>　　v. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>BARACK OBAMA, et al., 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Respondents. 　　　　　　　) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice of the withdrawal of appearance of the following counsel on behalf of Petitioner:

> VICKI WERNEKE (LCvR 83.2(e)) (Oklahoma Bar No. 13441)
> Assistant Federal Public Defender
> Office of the Federal Public Defender,
> 　　Northern District of Ohio
> 1660 West Second Street, Suite 750
> Cleveland, Ohio 44113
> Telephone: (216) 522-4856; Fax: (216) 522-4321
> Email: vicki_werneke@fd.org

January 9, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Vicki Werneke*
　　　　　　　　　　　　　　　　　　VICKI WERNEKE (LCvR 83.2(e))
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Office of the Federal Public Defender,
　　　　　　　　　　　　　　　　　　　　Northern District of Ohio
　　　　　　　　　　　　　　　　　　1660 West Second Street, Suite 750
　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44113
　　　　　　　　　　　　　　　　　　Telephone: (216) 522-4856; Fax: (216) 522-4321
　　　　　　　　　　　　　　　　　　Email: vicki_werneke@fd.org

　　　　　　　　　　　　　　　　　　Counsel for Petitioner Mohammed Abdulmalik