UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>Respondents. | Civil Action No. 08-1440 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Orders of September 7, 2012, the parties submit this joint status report.

On November 8, 2012, petitioner's counsel attempted to meet with Petitioner Abdulmalik, but he again declined to meet with counsel at that time. Because of this, Petitioner's counsel is unable to state with certainty Petitioner's wishes regarding his habeas case.

Due to the uncertainty regarding Petitioner's wishes, Petitioner's counsel will draft and file a motion to stay Petitioner's case for six months to allow for two more trips to attempt to meet with petitioner.

Pursuant to LCvR 7(m) counsel has met and conferred with counsel for the Department of Justice, David C. Smith, regarding this matter. Counsel advised Mr. Smith of Petitioner's desire to have the Stay in his case continued for a period of six months. Mr. Smith responded:

"The government does not oppose your request for a six month stay, provided that one week after the six month period, you file a status report with the court indicating whether you intend to go ahead with the petition."

The Petitioner will file a Status Report at the conclusion of the six-month period of the Stay.

Dated:  November 13, 2012   Respectfully submitted,

/s/ Darin Thompson
DARIN THOMPSON (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
     Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: darin_thompson@fd.org
*Counsel for Petitioner Mohammed Abdulmalik*


TONY WEST
Assistant Attorney GeneralJOSEPH H. HUNT
Director
TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

 /s/ Sean W. O'Donnell
SEAN W. O'DONNELL
DAVID CAMPBELL SMITH
TIMOTHY B. WALTHALL
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-4880
FAX:  (202) 616-8470
Email: Sean.O'Donnell@usdoj.gov
*Attorneys for Respondents*