# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDULMALIK,  )<br>  )<br>  Detainee, United States Naval Station at  )<br>  Guantánamo Bay, Cuba, Petitioner,  )<br>  )<br>  v.  )<br>  )<br>BARACK OBAMA, et al.,  )<br>  )<br>  Respondents.  )<br>  ) | Civil Action No. 08-1440(CKK) |

## NOTICE OF APPEARANCE

To the Clerk of this Court:

　　Please enter the appearance of the following counsel in this case on behalf of Petitioner Mohammed Abdulmalik:

　　CLAIRE C. CURTIS (LCvR 83.2(e)) (Ohio Bar No. 0082335)
　　Attorney at Law
　　Office of the Federal Public Defender,
　　　　Northern District of Ohio
　　1660 West Second Street, Suite 750
　　Cleveland, Ohio 44113
　　Telephone: (216) 522-4856; Fax: (216) 522-4321
　　Email: claire_curtis@fd.org

Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LCvR 83.2(e).  Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that she is representing Petitioner without compensation.

| | |
|---|---|
| September 21, 2015 | /s/ Claire C. Curtis |
| | CLAIRE C. CURTIS (LCvR 83.2(e)) |
| | Attorney at Law |
| | Office of the Federal Public Defender, |
| |    Northern District of Ohio |
| | 1660 West Second Street, Suite 750 |
| | Cleveland, Ohio 44113 |
| | Telephone: (216) 522-4856; Fax: (216) 522-4321 |
| | Email: claire_curtis@fd.org |

Counsel for Petitioner Mohammed Abdulmalik