**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MOHAMMED ABDULMALIK, | ) | |
| | ) | |
| Detainee, United States Naval Station at | ) | |
| Guantánamo Bay, Cuba, Petitioner, | ) | |
| | ) | Civil Action No. 08-1440 (CKK) |
| v. | ) | |
| | ) | |
| BARACK OBAMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice of the withdrawal of appearance of the following counsel on behalf of Petitioner:

        Wendi Overmyer (LCvR 83.2(e)) (Ohio Bar No. 0071000)
        Attorney at Law
        Office of the Federal Public Defender,
            Northern District of Ohio
        50 South Main Street, Suite 700
        Akron, Ohio 44308
        Telephone: (330) 375-5739; Fax: (330) 375-5738
        Email: wendi_overmyer@fd.org

December 21, 2015                           Respectfully submitted,

*/s/Wendi Overmyer*
Wendi Overmyer (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
50 South Main Street, Suite 700
Akron, Ohio 44308
Telephone: (330) 375-5739; Fax: (330) 375-5738
Email: wendi_overmyer@fd.org

Counsel for Petitioner Mohammed Abdulmalik