## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK, <br><br> Petitioner, <br><br> v. <br><br> BARACK H. OBAMA, *et al.*, <br><br> Respondents. | Civil Action No. 08-1440 (CKK) |

## STATUS REPORT

Pursuant to the Court's Minute Order of September 30, 2015, the Petitioner submits this status report. Respondents' counsel has also reviewed this report.

Since the last status report of September 30, 2015, (ECF No. 235), undersigned counsel met with Petitioner on March 15-16, 2016, and reviewed report. Petitioner indicated he would like to continue the stay of his habeas case until his Periodic Review Board (PRB) hearing is completed. Undersigned counsel, therefore, requests that the Court grant an additional four-month extension of the stay of this matter to and including July 30, 2016.

Pursuant to LCvR7(m), counsel has met and conferred with counsel for the Department of Justice, Robert Prince, who does not oppose this request.

The Petitioner proposes to file another Status Report at the conclusion of the four-month period of the Stay.

Dated:  March 30, 2016            Respectfully submitted,

<div style="margin-left: 3em">

/s/ Darin Thompson
DARIN THOMPSON (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: darin_thompson@fd.org

*Counsel for Petitioner Mohammed Abdulmalik*

</div>