UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK,<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Respondents. | Civil Action No. 08-1440 (CKK) |

## STATUS REPORT

Pursuant to the Court's Minute Order of October 27, 2016, the Petitioner submits this status report. Respondents' counsel has also reviewed this report.

Since the last status report of October 26, 2016, (ECF No. 241), counsel has been in contact with Petitioner's Periodic Review Board (PRB) personal representative and is attempting to obtain additional information and documentation that can be used to seek reconsideration for the next PRB hearing. Undersigned counsel, therefore, requests that the Court grant an additional six-month extension of the stay of this matter to and including October 30, 2017.

Pursuant to LCvR7(m), counsel has met and conferred with counsel for the Department of Justice, Robert Prince, who does not oppose this request.

The Petitioner proposes to file another Status Report at the conclusion of the six-month period of the Stay.

Dated:  April 26, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　STEPHEN C. NEWMAN
　　　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　　Ohio Bar:  0051928


　　　　　　　　　　　　　　　　　　/s/ Darin Thompson
　　　　　　　　　　　　　　　　　　DARIN THOMPSON (LCvR 83.2(e))
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Ohio Bar: 0067093
　　　　　　　　　　　　　　　　　　Office of the Federal Public Defender,
　　　　　　　　　　　　　　　　　　　　　Northern District of Ohio
　　　　　　　　　　　　　　　　　　1660 West Second Street, Suite 750
　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44113
　　　　　　　　　　　　　　　　　　Telephone: (216) 522-4856; Fax: (216) 522-4321
　　　　　　　　　　　　　　　　　　Email: darin_thompson@fd.org

　　　　　　　　　　　　　　　　　　*Counsel for Petitioner Mohammed Abdulmalik*