UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDULMALIK, | |
| Petitioner, | |
| v. | No. 08-cv-01440 (CKK) |
| DONALD TRUMP, *et al.*, | |
| Respondents. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that the undersigned counsel, Omar Farah, hereby withdraws as counsel for Petitioner in the above-captioned matter. Petitioner will continue to be represented by, among other co-counsel, Darin Thompson of the Federal Public Defenders Office, Northern District of Ohio, and Shelby Sullivan-Bennis of the organization Reprieve.

Dated:   New York, New York
         January 18, 2018

                                        Respectfully submitted,

                                        /s/ Omar Farah
                                        Omar Farah (Pursuant to LCvR 83.2(g))
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel:  (212) 614-6464
                                        Fax:  (212) 614-6499
                                        ofarah@ccrjustice.org