UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULMALIK,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>Respondents. | Civil Action No. 08-1440 (CKK) |

## STATUS REPORT

Pursuant to the Court's Minute Order of October 29, 2020, the Petitioner submits this status report. Respondents' counsel has also reviewed this report.

Since the last status report of October 29, 2020, (ECF No. 297), counsel has been hampered in their ability to work on Mr. Abdulmalik's case as a result of the coronavirus pandemic and the limitations it poses. Undersigned counsel, therefore, requests that the Court grant an additional six-month extension of the stay of this matter to and including October 31, 2021.

Pursuant to LCvR7(m), counsel has met and conferred with counsel for Respondents, Mr. Daniel Barish, who does not oppose this request.

The Petitioner proposes to file another Status Report at the conclusion of the six-month period of the Stay.

Dated:  April 29, 2021            Respectfully submitted,

/s/ Frank Panopoulos
Frank Panopoulos (DC Bar No. 459365)
White & Case LLP (Of Counsel)
701 13th Street N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 626-36276; Fax: (202) 639-9355
Email: fpanopoulos@whitecase.com

*Counsel for Petitioner Mohammed Abdulmalik*