UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

JOSEPH R. BIDEN, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

**STATUS REPORT**

Pursuant to the Court's Minute Order of April 27, 2022, the Petitioner submits this status report. Respondents' counsel has also reviewed this report.

There is no change from the last status report of April 27, 2022, (ECF No. 304). Mr. Abdulmalik remains cleared for release but awaits the negotiation of a suitable transfer location prior to his release. Undersigned counsel therefore requests that the Court grant an additional six-month extension of the stay of this matter to and including February 28, 2023.

Pursuant to LCvR7(m), counsel has met and conferred with counsel for Respondents, Mr. Daniel Barish, who does not oppose this request.

The Petitioner proposes to file another status report at the conclusion of the six-month period of the stay.

Dated:  October 25, 2022              Respectfully submitted,

/s/ Frank Panopoulos
Frank Panopoulos (DC Bar No. 459365)
White & Case LLP (Of Counsel)
701 13th Street N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 626-36276; Fax: (202) 639-9355
Email: fpanopoulos@whitecase.com

*Counsel for Petitioner Mohammed Abdulmalik*