# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABDUL MALIK BAJABU (ISN 10025),

    *Petitioner/Plaintiff,*

v.

JOSEPH R. BIDEN, et al.,

    *Respondents/Defendants.*

Civ. No. 08-cv-01440 (CKK)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Mark Maher, the undersigned counsel on behalf of Reprieve US, hereby withdraws as counsel for Petitioner in the above-captioned case.

Dated: August 28, 2022

Respectfully submitted,

  /s/_____
Mark A. Maher (Pursuant to LCvR 83.2(g))
**REPRIEVE US**
1101 New York Ave. NW
Ste. 1000
Washington, DC 20005
(267) 679-4759
Mark.Maher@reprieve.org.uk