UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

JOSEPH R. BIDEN, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

**ORAL ARGUMENT REQUESTED**

## MOTION TO RELEASE PETITIONER

Pursuant to Rule 7 of the Fed. R. Civ. P. and Local Civil Rule 7, Petitioner Mohammed Abdulmalik hereby moves through undersigned counsel for the Court to order his release from imprisonment at the U.S. Naval Station Guantánamo Bay prison ("Guantánamo"). As discussed in the accompanying Memorandum of Law and Authority in support of this Motion, Petitioner's continued detention after being cleared for release by the Periodic Review Board 18 months ago is (1) unlawful under the Authorization to Use Military Force because it is unlawful under international humanitarian law, and (2) unlawful under the Due Process and Bill of Attainder Clauses of the U.S. Constitution. Pending his release and transfer, the Court should order relaxing the conditions of Petitioner's imprisonment as outlined in Section IV of the accompanying Memorandum.

This motion is not Petitioner's Traverse and he reserves the right to file a Traverse if one becomes necessary. There is no classified or confidential information contained in the Memorandum. A proposed order also accompanies this Motion.

Dated: July 13, 2023

Respectfully submitted,

/s/ Frank Panopoulos
Frank Panopoulos (DC Bar No. 459365)
White & Case LLP (Of Counsel)
701 13th Street N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 626-3626
Email: fpanopoulos@whitecase.com

*Counsel for Petitioner Mohammed Abdulmalik*