UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

JOSEPH R. BIDEN, *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

**ORDER**

Based on the Motion papers, Opposition, Reply, and reasons stated during oral argument on Petitioner's Motion for Release, it is hereby

**ORDERED**, that Petitioner Mohammed Abdulmalik be released from imprisonment at the U.S. Naval Station Guantánamo Bay prison ("Guantánamo"). It is further

**ORDERED**, that pending his release and transfer the following conditions of his imprisonment at a minimum be relaxed and afforded to him:

- The Standard Operating Procedures in place that regulate every aspect of detention operations, including family calls, legal visits, transfer, restraint, cell block searches, mess operations, religious accommodations, and medication distribution be made available to Petitioner and his counsel;
- Petitioner must no longer be shackled when being transported to and from legal visits or during legal visits, to and from medical visits or during medical visits, to and from family calls and during family calls, or anywhere else;
- Familial phone calls must be unhindered and increased from once a month to at least once a week;
- Petitioner must be authorized to be examined by an independent civilian physician not associated with the U.S. or any other government;

1

- Petitioner and his counsel must be given timely, complete, and unconditional access to Petitioner's medical records;

- Petitioner's transfer from Guantánamo must not entail being shackled, blindfolded, having his sensory organs covered up, and having his hands and legs restrained.

So Ordered.

Dated:_____                                           _____
                                                                                          Hon. Colleen Kollar-Kotelly, USDJ

Dated: July __, 2023              Respectfully submitted,

/s/ Frank Panopoulos
Frank Panopoulos (DC Bar No. 459365)
White & Case LLP (Of Counsel)
701 13th Street N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 626-3626
Email: fpanopoulos@whitecase.com

*Counsel for Petitioner Mohammed Abdulmalik*