# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK (ISN 10025),   )
    *Petitioner/Plaintiff*,   )   Civ. No. 08-cv-01440
                                )
v.   )
                                )
JOSEPH R. BIDEN, et al.,   )
    *Respondents/Defendants*.   )

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.2(g), I, Mark A. Maher, hereby request entry of appearance on behalf of Petitioner in the above-captioned case. I certify that I am a member in good standing of the highest court of New York State and that I am providing representation to Petitioner in this action without compensation. I further certify that I am personally familiar with the Local Rules of this Court and the materials specified in LCvR 83.8(b)(6) and LCvR 83.9(a).

Dated: September 04, 2024                Respectfully submitted,

                                                  /s/
                                          Mark Maher (Pursuant to LCvR 83.2(g))
                                          2724 Cambridge St.
                                          Philadelphia, PA 19130