UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULMALIK,

Petitioner,

v.

JOSEPH R. BIDEN, JR., *et al.*,

Respondents.

Civil Action No. 08-1440 (CKK)

**ORDER**
(January 8, 2025)

Petitioner Mohammed Abdulmalik filed a Petition for Writ of Habeas Corpus in 2008, seeking release from detention at United States Naval Station Guantanamo Bay in Cuba. *See* Pet. for Writ of Habeas Corpus (Aug. 19, 2008), ECF No. 1. In December 2024, the Respondents notified the Court that "the United States has relinquished custody of [Mr. Abdulmalik] and transferred him to the custody and control of the Government of Kenya." Notice of Transfer, ECF No. 324. The Court then ordered the parties to file a joint status report stating the parties' positions on whether Mr. Abdulmalik's transfer renders this case moot and requires dismissal of the Petition without prejudice. Order, ECF No. 325.

The parties have now filed a joint status report in response to the Court's Order, which is signed by counsel for all parties. *See* Joint Status Report, ECF No. 326. The Respondents' position is that this case is moot. *Id.* (citing *Gul v. Obama*, 652 F.3d 12, 16–17, 22 (D.C. Cir. 2011)). Mr. Abdulmalik does not take a position on mootness, but he states that he "does not oppose withdrawing all pending motions and withdrawing the [P]etition." *See id.* Accordingly, the parties jointly "request that this case be dismissed without prejudice." *Id.*

1

Upon consideration of the parties' submissions, the relevant legal authority, and the entire record, the Court **ORDERS** that this case is hereby **DISMISSED WITHOUT PREJUDICE** and all pending motions in this matter are **DENIED AS MOOT**.

**SO ORDERED.**

**Dated:** January 8, 2025

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge